UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                   Docket No.: 19-CR-408
                                   (Brodie, J.)

     v.

MICHAEL KONSTANTINOVSKIY.

          Defendant.

---------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Brian Thomas McCarthy, Esq. of the law firm Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP, who is a member in good standing of this Court, hereby appears as counsel in the above-captioned action for Defendant Michael Konstantinovskiy.

Dated: September 19, 2019
       Lake Success, New York

                                     Respectfully submitted,

                                     ABRAMS, FENSTERMAN,
                                   FENSTERMAN, EISMAN, FORMATO,
                                   FERRARA, WOLF & CARONE, LLP

             By;    */s/ Brian Thomas McCarthy*
                      Brian Thomas McCarthy, Esq. (BM-4808)
                      3 Dakota Drive, Suite 300
                      Lake Success, NY 11042
                      bmccarthy@abramslaw.com
                      Phone: 516-328-2300
                      Facsimile: 516-328-6638