**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　　- against -<br><br>ISKYO ARONOV<br><br>　　　　Defendant. | Case No.  19-CR-408 (MKB) |

## MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4

　　TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that David N. Kelley, Michael J. Gilbert and Matthew M. McDonagh of Dechert LLP ("the Dechert Attorneys") should be withdrawn as counsel of record for Iskyo Aronov ("Aronov") in the above-captioned case and request that they be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list. In support of such motion and in conformance with Local Rule 1.4, the undersigned counsel states the following:

1. Mr. Aronov continues to be represented in this case by other attorneys of record.
2. The Dechert Attorneys withdrawal will not affect any deadlines or cause any delay in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
November 20, 2019

        DECHERT LLP

        By: /s/ Michael J. Gilbert
            Michael J. Gilbert
        David N. Kelley
        Matthew M. McDonagh
        michael.gilbert@dechert.com
        1095 Avenue of the Americas
        New York, New York 10036-6797
        Tel.:(212) 698-3500
        Fax: (212) 698-3599