1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - - -X
3   UNITED STATES OF AMERICA,      : 19-CR-408 (MKB)
                                   :
4            Plaintiff,            :
                                   :
5        -against-                 :
                                   :
6   ISKYO ARNOV, MICHAEL           : United States Courthouse
    KONSTANTINOVSKIY, TOMER        : Brooklyn, New York
7   DAFNA, AVRAHAM TARSHISH, AND   :
    MICHAEL HERSKOWITZ,            :
8                                  :
             Defendants.           :
9                                  : Wednesday, October 2, 2019
- - - - - - - - - - - - - - - -X   11:00 a.m.
10

11
        TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
12         BEFORE THE HONORABLE MARGO K. BRODIE
               UNITED STATES DISTRICT JUDGE
13
                  A P P E A R A N C E S:
14
    For the Government:        RICHARD P. DONOGHUE, ESQ.
15                             United States Attorney
                               Eastern District of New York
16                             271 Cadman Plaza East
                               Brooklyn, New York 11201
17                             BY:  SHANNON C. JONES, ESQ.
                                    Assistant United States Attorney
18
    For the Defendant          DECHERT, LLP
19  Iskyo Arnov:               1095 Avenue of the Americas
                               New York, New York 10036
20                             BY:  MICHAEL J. GILBERT, ESQ.

21  For the Defendant          ABRAMS, FENSTERMAN, FENSTERMAN,
    Michael                         EISMAN, FORMATO, ET AL.
22  Konstantaninovskiy:        3 Dakota Drive
                               Suite 300
23                             Lake Success, New York 1142
                               BY:  KENNETH ABELL, ESQ.
24

25

2

```
 1   For the Defendant        EMOUNA & MIKHAIL, P.C.
     Tomer Dafna:             100 Garden City Plaza
 2                            Suite 520
                              Garden City, New York 11530
 3                            BY:  MATIN EMOUNA, ESQ.

 4
     For the Defendant        HAFETZ & NECHELES, LLP
 5   Avraham Tarshish:        60 East 42nd Street
                              36th Floor
 6                            New York, New York 10165
                              BY:  SUSAN R. NECHELES, ESQ.
 7                                 KATHLEEN E. CASSIDY, ESQ.

 8
     For the Defendant        ADDABBO & GREENBERG
 9   Michael Herskiwitz:      118-21 Queens Boulevard
                              Suite 306
10                            Forest Hills, New York 11375
                              BY:  TODD D. GREENBERG, ESQ.
11


12
     Court Reporter:      DAVID R. ROY, RPR
13                        225 Cadman Plaza East
                          Brooklyn, New York 11201
14                        drroyofcr@gmail.com

15   Proceedings recorded by Stenographic machine shorthand,
     transcript produced by Computer-Assisted Transcription.
16

17

18

19

20

21

22

23

24

25
```

```
                        Proceedings                    3
```

1              P R O C E E D I N G S

2

3                      --ooOoo--

4

5          (In open court.)

6          THE COURTROOM DEPUTY:  Criminal cause for status

7  conference, Docket Number 19-CR-408 --

8          THE COURT:  Please be seated, everyone.

9          THE COURTROOM DEPUTY:  -- United States versus

10 Arnov, et al.

11         Will, Counsel please state your names for the

12 record?

13         MS. JONES:  Shannon Jones for the United States.

14 Good morning, Your Honor.

15         THE COURT:  Good morning, Ms. Jones.

16         Counsel?

17         MR. EMOUNA:  Good morning, Your Honor.  On behalf

18 of Tomer Dafna, Matin Emouna.

19         THE COURT:  Good morning, Counsel.

20         MR. EMOUNA:  Good morning, Your Honor.

21         THE COURT:  All right.

22         MR. GREENBERG:  Good morning, Your Honor.

23         THE COURT:  Good morning.

24         MR. GREENBERG:  Your Honor, on behalf of Michael

25 Herskowitz, Addabbo & Greenberg by Todd Greenberg.  Good

```
                    Proceedings                    4
```

1  morning.

2          THE COURT:  Good morning.

3          MS. NECHELES:  Good morning, Your Honor.  Susan

4  Necheles and Kate Cassidy on behalf of Mr. Tarshish.

5          THE COURT:  Good morning.

6          MR. GILBERT:  Good morning, Your Honor.  Michael

7  Gilbert on behalf of Mr. Arnov.

8          MR. ABELL:  Good morning, Mr. Gilbert.

9          MR. GILBERT:  Good morning.

10          MR. ABELL:  Good morning, Your Honor.  Kenneth

11  Abell on behalf of Mr. Konstantinovskiy.

12          THE COURT:  Good morning.  And good morning to all

13  the defendants.

14          ALL DEFENDANTS:  Good morning.

15          THE COURT:  What is the current status of this

16  matter, Ms. Jones?

17          MS. JONES:  Your Honor, this is our first status

18  conference in this case.

19          THE COURT:  It is.

20          MS. JONES:  Everyone has been arraigned.  Four of

21  the defendants were arraigned on the day they were arrested

22  in November -- or September 10th.  And Mr. Arnov was

23  arraigned last week on September 25th.

24          I sent everybody a stipulation to cover discovery

25  and particularly personally identified the information

Proceedings                                          5

1   because almost all the discovery in this case will have

2   personal information of homeowners, bank account

3   information, all that -- all that material.

4           THE COURT:  And is it a protective order that

5   you --

6           MS. JONES:  Yeah.  Just -- just to deal with that,

7   that material.

8           THE COURT:  Right.

9           MS. JONES:  And once I have all the signed

10  stipulations back from the parties, I will submit it to

11  the Court to be so ordered.

12          Recording discovery, as I discussed just right now

13  with Defense Counsel, everything -- with respect to

14  everything will be produced in electronic format, and we're

15  having it all prepared into a -- hopefully one or two -- at

16  least two separate load files that we'll be able to make

17  available to the defense counsel.  I'm hoping that the first

18  load file, which will be the bulk of the material that we've

19  gathered to date, including grand jury material,

20  administrative *subpoena*s, anything we've gathered from

21  witnesses voluntarily will be produced in about two weeks.

22  It's in the process of being dealt with by the

23  Litigation Tech Support Center that the Department of

24  Justices uses for that material.

25          THE COURT:  Okay.

```
                         Proceedings                    6
```

1          MS. JONES:  And then there are --

2          THE COURT:  And when do you expect that the second

3     part of it will be disclosed?

4          MS. JONES:  The second part is -- of course, as

5     the investigation is ongoing, so we'll make supplemental

6     productions as we gather more material.

7          THE COURT:  Right.

8          MS. JONES:  But the other big set of materials

9     will be items that were seized on the Defendant Tomer Dafna.

10    We have items that were seized in May during a border

11    search.  And then we also have items that were seized when

12    his -- when -- on the day of his arrest, there was a

13    search warrant and the search was executed at his house.  So

14    those items have to be treated differently because we expect

15    there will be a --

16         THE COURT:  Slow down.

17         MS. JONES:  I'm sorry.

18         THE COURT:  You speak so quickly.

19         MS. JONES:  Those items will have to be treated

20    differently because I expect there will need to be a

21    privilege from you.  So I discussed that with defense

22    counsel for Mr. Dafna.  But the review will be -- the first

23    step is to get everything uploaded into a searchable

24    database that we can then run search terms against based on

25    the attorney names provided by Mr. Dafna's counsel.  So I've

```
                      Proceedings                    7
```

1   discussed that with Mr. Dafna's counsel, getting the list of

2   attorney names and I'm waiting for that.

3          THE COURT:  Okay.  So turning to Defendants:  How

4   quickly can you get the protective order so that discovery

5   can be disposed?  Do we have any court, and can the parties

6   sign it, or do you need time to review it?

7          MS. CASSIDY:  Your Honor, Kathleen Cassidy on

8   behalf of Defendant Karshish.

9          We have some issues that we need to speak to the

10  Government about.

11         THE COURT:  With regarded to the order?

12         MS. CASSIDY:  The order, yes.

13         THE COURT:  Okay.

14         MS. CASSIDY:  So we can work with the Government

15  and get a signed order.

16         THE COURT:  Okay.

17         MR. GREENBERG:  Same here with Mr. Herskowitz,

18  Your Honor --

19         THE COURT:  You can remain seated, Counsel.

20         MR. GREENBERG:  I'm sorry?

21         THE COURT:  You can remain seated.

22         MR. GREENBERG:  Thank you.  Todd Greenberg on

23  behalf of Mr. Herskowitz.

24         Judge, I have some issues that go to the basis of

25  this stipulation and order, which I hadn't had a chance to

Proceedings                                        8

1    speak with the Government about.  I just think it's just

2    overburdensome.

3              THE COURT:  Okay.

4              MR. GREENBERG:  I'm going to --

5              THE COURT:  So I suggest you discuss it with

6    the Government.

7              MR. GREENBERG:  Sure.

8              THE COURT:  And to the extent the parties cannot

9    agree on the language, you should submit a letter to the

10   Court -- you can do it under seal, if you want -- notifying

11   me as to what the dispute is so that I can resolve it.

12             And so how much time are the parties asking for

13   in order to review the materials that you should be

14   receiving shortly?  It sounds like it is going to take a

15   little while?

16             MS. JONES:  It -- it is, Your Honor.  We have

17   discussed -- we have discussed having the next status

18   conference about six weeks out.  But there seems to be a

19   preference to do it the week after Thanksgiving, rather than

20   the week before.  So that would put us during -- into the

21   first week of December.

22             THE COURT:  Based on my trial schedule here --

23             MS. JONES:  Yes.

24             THE COURT:  -- that's better for the Court.

25             MS. JONES:  Okay.

```
                         Proceedings                      9
```

1          MS. NECHELES:  Your Honor?

2          THE COURT:  Yes.

3          MS. NECHELES:  Susan Necheles.  Can we just ask

4    what the volume of the material is?  We don't have any sense

5    as to, you know, how long it would take, depending on the

6    volume of the material is.

7          THE COURT:  I suggest that you discuss that

8    off-line with Ms. Jones.  I'm sure she will be more than

9    happy to provide that information to you.

10          Based on what she just represented in court, it

11   sounds like you will get it, the bulk of it, or at least

12   half of it soon and the other half later on.  In terms of

13   volume, just ask her.  I'm sure she will tell you.

14          So can give me a date, Winnie?

15          THE COURTROOM DEPUTY:  Yes, Judge.  December 3rd.

16          THE COURT:  December 3rd, does that work for all

17   the parties, and that will be at 10:00 a.m.?

18          MR. GILBERT:  That's fine, Your Honor.

19          MS. CASSIDY:  That's fine.

20          THE COURT:  Okay.  So I am adjourning this matter

21   to December 3rd at 10:00 a.m.

22          I assume none of the defendants have any objection

23   to me excluding time?

24          Is there any objection?

25          MR. EMOUNA:  No objection, Your Honor.

Proceedings                                    10

1          MR. ABELL:  No objection.

2          THE COURT:  Okay.  I am excluding time between now

3    and then in view of the fact that discovery needs to be

4    provided and the defendants need time to review it.

5          As to all the defendants, I remind you that you

6    are obligated to continue to comply with all

7    Pretrial Services's conditions.

8          Is there anything else that we need to discuss,

9    Counsel?

10         MS. JONES:  No, Your Honor.  Just on the order of

11   excludable delay, the Government does note that in its view,

12   this case is complex due to both the number of defendants

13   and the number of discovery that will be involved.  And in

14   addition, while it's still -- we're still in very

15   preliminary stages, there are the beginning of ongoing plea

16   negotiations with at least some of the parties.

17         THE COURT:  Okay.  So I will wait until I have a

18   better sense of the volume of discovery.

19         MS. JONES:  Okay.

20         THE COURT:  There is no basis for me to deem it

21   complex based on the number of Defendants.  But depending on

22   the volume of discovery, once that is provided and the

23   defendants have a better sense of what it is, you can make

24   that motion, and I will hear from the defendants if there is

25   any objection to that.

Proceedings                                    11

1          Anything else today?

2          MS. JONES:  Not from the Government, Your Honor.

3    Thank you.

4          THE COURT:  Is there anything else from the

5    defendants.

6          ALL DEFENDANTS' COUNSEL:  No, Your Honor.  Thank

7    you.

8          THE COURT:  All right.  We are adjourned until

9    December 3rd.

10         MR. EMOUNA:  Thank you, Your Honor.

11         (Matter concluded.)

12

13                        --oo0oo--

14

15

16   *I (we) certify that the foregoing is a correct transcript*
     *from the record of proceedings in the above-entitled matter.*
17
          */s/ David R. Roy*              *October 8, 2019*
18         *DAVID R. ROY*                     *Date*

19

20

21

22

23

24

25

                    *David R. Roy, RPR, CSR, CCR*
                       *Official Court Reporter*