

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2020

<u>By Fed-Ex</u>

Kevin J. Keating, Esq.
666 Old Country Road, Suite 900
Garden City, New York 11530
Attorney for Iskyo Aronov

Ortal Isaac, Esq.
Mehler Law Pllc
747 Third Avenue, 32nd Floor
New York, New York 10017-2803
Attorney for Michael Konstantinovskiy

Alan Futerfas, Esq.
Ellen Resnick, Esq.
The Law Offices of Alan S. Futerfas
565 Fifth Ave., 7th Floor
New York, NY 10017
Attorneys for Tomer Dafna

Susan R. Necheles, Esq.
Kathleen E. Cassidy, Esq.
Hafetz & Necheles LLP
10 E. 40th St., 48th Fl.
New York, NY 10016
Attorneys for Avraham Tarshish

Todd D. Greenberg
Addabbo & Greenberg
118-21 Queens Blvd. Suite 306
Forest Hills, NY 11375
Attorney for Michael Herskowitz

Re:  United States v. Aronov et al.
     <u>Criminal Docket No. 19-408 (MKB)</u>

Dear Defense Counsel:

  Discovery is being provided to you in accordance with Rule 16 of the Federal Rules of Criminal Procedure, and pursuant to the protective order entered by the Court on December 3, 2019.  The government will continue to provide discovery on a rolling basis, and also requests reciprocal discovery from each defendant.

  Enclosed is a flash drive of documents and data, bates-stamped DOJ0001085012 to DOJ0001117165 and EDNY-19CR408-00000647 to EDNY-19CR408-00003699.  Also attached is an index of the enclosed items.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By: /s/
Shannon C. Jones
John Vagelatos
Assistant U.S. Attorneys
(718) 254-6379 (S. Jones)

Enclosures

cc: Clerk of the Court (MKB) (by ECF) (without encl.)