Clerk's Office
Filed Date: 9/12/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　　　19-CR-408

　　　　　　　　　　　　Plaintiff,　　　　　　　　　　**NOTICE OF MOTION**
　　　　　　　　　　　　　　　　　　　　　　　　　　**TO ADMIT COUNSEL**
　　- against –　　　　　　　　　　　　　　　　　　**PRO HAC VICE**

ISKYO ARONOV, MICHAEL KONSTANTINOVSKIY,
TOMER DAFNA, AVRAHAM TARSHISH, and MICHAEL
HERSKOWITZ,

　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that upon the annexed affidavit of Alan J. Waintraub, Esq., in support of this motion and the Certificate of Good Standing annexed thereto, Alan J. Waintraub, Esq. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of the Law Offices of Alan J. Waintraub PLLC and a member in good standing of the bar of the State of New York, as attorney pro hac vice to appear in this matter on behalf of certain non-parties in order to vacate certain notices of pendency that have been improperly filed against certain real property which real property are not owned by the defendants in this action or against certain which real property which the notice of pendency should be cancelled and vacated. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 8, 2022　　　　　　　　Respectfully Submitted,
　　　　Kew Gardens, New York

　　　　　　　　　　　　　　　　　　　　　　　*Alan Waintraub*
　　　　　　　　　　　　　　　　　　　　　　　Alan J. Waintraub, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Alan J. Waintraub PLLC
　　　　　　　　　　　　　　　　　　　　　　　125-10 Queens Blvd, Suite 311
　　　　　　　　　　　　　　　　　　　　　　　Kew Gardens, NY 11415
　　　　　　　　　　　　　　　　　　　　　　　(718) 504-5700
　　　　　　　　　　　　　　　　　　　　　　　alan@waintraublaw.com