UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　19-CR-408

         Plaintiff,　　　　　　　AFFIRMATION IN
　　　　　　　　　　　　　　　　　　　　　　　　　SUPPORT OF ORDER
   -against-　　　　　　　　　　　　　　TO SHOW CAUSE

ISKYO ARONOV, MICHAEL KONSTANTINOVSKIY, TOMER DAFNA, AVRAHAM TARSHISH, and MICHAEL HERSKOWITZ,

         Defendants.
------------------------------------------------X

  Alan J. Waintraub, pursuant to New York Civil Practice Laws and Rules ("CPLR") §2106, and under the penalties of perjury, affirms as follows:

  1. I am a member of the Law Offices of Alan J. Waintraub PLLC. As such, I am fully familiar with the facts and circumstances herein.

  2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

  3. As shown in the Certificate of Good Standing annexed hereto as **Exhibit A**, I am a member in good standing of the bar of the state of New York.

  4. There are no pending disciplinary proceedings against me in any state or federal court.

  5. I have never been convicted of a felony.

  6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  7. My Attorney Registration Number for New York is 4667838.

8. Wherefore, your affiant respectfully submits that I be permitted to appear as counsel and advocate pro hac vice in this case for certain non-party movants in order to cancel the lis pendens that the plaintiff in this action has filed against certain parcels of real property that the defendants in this action have no ownership interest in and/or which such defendants have no equity in.

**WHEREFORE**, Alan J. Waintraub, Esq. respectfully requests that his motion be granted and that Alan J. Waintraub, Esq. obtains an order:

   a. Permitting Alan J. Waintraub, Esq., to appear pro hac vice in this action, and

   b. for such other and further relief in favor of 120 Marcus Garvey LLC as the court deems to be just and proper.

Dated: September 8, 2022  
Kew Gardens, New York

Law Offices of Alan J. Waintraub PLLC

*Alan Waintraub*  
Alan J. Waintraub, Esq.