Generated: Sep 12, 2022 2:42PM                                                                                           Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Sep 12, 2022 2:42PM

Alan J. Waintraub, Esq.

| Rcpt. No: 100001389 | | Trans. Date: Sep 12, 2022 2:42PM | | | Cashier ID: #FV |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DNYE119CR000408 /001<br>ISKYO ARONOV | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $150.00 |
| | | | | Total Due: | $150.00 |
| | | | | Total Tendered: | $150.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: Pro Hac Vice: Alan J. Waintraub, Esq. Case: 19-CR-408

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.