Clerk's Office
Filed Date: 9/12/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    19-CR-408

                               Plaintiff,                    **ORDER TO SHOW CAUSE**

     - against –

ISKYO ARONOV, MICHAEL KONSTANTINOVSKIY, TOMER DAFNA, AVRAHAM TARSHISH, and MICHAEL HERSKOWITZ,

                              Defendants.
------------------------------------------------------------------------X

UPON reading the annexed affirmation of Alan J. Waintraub, Esq. attorney for non-party movant, 120 Marcus Garvey LLC ("120 Marcus Garvey"), dated September 9, 2022, and the exhibits annexed thereto, and upon the affidavit of Yehuda D. Povarsky, member of 120 Marcus Garvey, affirmed to on September 8, 2022, and upon the copy of the indictment filed herein on September 6, 2019, and upon the notice of pendency filed on or about August 26, 2020 as against the real property known as and by the street address as 120 Marcus Garvey Boulevard, Brooklyn, New York 11206 (Block 1769, Lot 44) equitable and upon all of the pleadings and proceedings had herein, it is hereby

ORDERED that plaintiff, United States of America, shall show cause before this Court, at Room ___, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on _____, 2022, at _____ O'Clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued, pursuant to the New York Civil Practice Laws and Rules ("CPLR") § 6501 and CPLR § 6514, cancelling the lis pendens filed against the premises known as and by the street address 120 Marcus Garvey Boulevard, Brooklyn, New York 11206 (Block 1769, Lot 44) and granting 120 Marcus Garvey LLC costs and expenses occasioned by the filing and cancellation of the notice of pendency against 120 Marcus

Garvey Boulevard, Brooklyn, New York 11206 (Block 1769, Lot 44), and for such other and further relief in favor of 120 Marcus Garvey LLC as the court deems to be just and proper; and it is further

ORDERED that a copy of this order, together with the papers upon which it is granted, be served upon the plaintiff or its attorney on or before _____, 2022, by overnight service, and that such service be deemed good and sufficient service.

E N T E R,

_____
United States District Judge