# DataTrace

# Judgment Docket & Lien Information:

Lis Pendens Index - Control Number 003947342 - 01

For Block: 1769 Lot: 44 in KINGS COUNTY

## Docketing Data

| | |
|---|---|
| Docketing Date | 8/26/2020 |
| Docketing Time | 10:08 |
| Effective Date | 8/26/2020 |
| Effective Time | 10:08 |
| Clerk / Seq # | GLASER 004 |

## Source Document

| | |
|---|---|
| Type | FP - FORFEITURE OF PROPERTY |
| County | 24 - KINGS |
| Court | US - US DISTRICT COURT |
| Total Blocks & Lots | 15 |
| Index # | CV408/2019 |
| Doc # | 0000 |

## Premises

| | | | | |
|---|---|---|---|---|
| Block | 01769 | Lot | 00044 | |
| Address | | | | |
| City | | Zip Code | | |

## 1st Named Defendant / Corporation

| | |
|---|---|
| Name | ARONOV, ISKYO   Type   I |

## 1st Named Plaintiff / Corporation

| | | | | |
|---|---|---|---|---|
| Name | USA | Type | C | |
| Address | | | | |
| City | | Zip Code | | |

## Disposition Data

| | |
|---|---|
| Disposition Date | |
| Operator ID | |

Download Date: 8/27/2020

## Remarks

No Remarks