9/9/22, 2:05 PM
Case 1:19-cr-00408-MKB   Document 255-5   Filed 09/12/22   Page 1 of 3 PageID #: 1536
Gmail - FW: USA v. Aronov et. al. (Cr. No. 408/2019)

 Gmail

Alan Waintraub <awaintraub@gmail.com>

## FW: USA v. Aronov et. al. (Cr. No. 408/2019)

1 message

**Alan Waintraub** <awaintraub@waintraublaw.com>  Fri, Sep 9, 2022 at 2:05 PM
To: "awaintraub@gmail.com" <awaintraub@gmail.com>

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Thursday, October 31, 2019 6:18 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** RE: USA v. Aronov et. al. (Cr. No. 408/2019)

Hello Mr. Waintraub, I received your submission. Thank you. We are still reviewing it. If you would like to talk to me about anything right away, feel free to call me tomorrow at my office.

Thank you.

Tanisha R. Payne

Assistant United States Attorney

U.S. Attorney's Office – Eastern District of New York

271 Cadman Plaza East

Brooklyn, NY  11201

(718) 254-6358 (office)

(718) 254-7489 (fax)

**From:** Alan Waintraub <awaintraub@waintraublaw.com>
**Sent:** Tuesday, October 29, 2019 1:27 PM
**To:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
**Subject:** USA v. Aronov et. al. (Cr. No. 408/2019)

Tanisha,

9/9/22, 2:05 PM                                    Gmail - FW: USA v. Aronov et. al. (Cr. No. 408/2019)

Case 1:19-cr-00408-MKB   Document 255-5   Filed 09/12/22   Page 2 of 3 PageID #: 1537

As we discussed, please find 120 Marcus Garvey LLC's response to the lien placed by the United States of America against the real property known as 120 Marcus Garvey Blvd., Brooklyn, New York 11206. Please confirm receipt. I will be placing the original in the mail to your office.

Please feel free to contact me with any questions.

Regards,

Alan

Alan J. Waintraub, Esq.

Law Offices of Alan J. Waintraub PLLC

125-10 Queens Blvd., Suite 311

Kew Gardens, New York 11415

(718) 504-5700 x315 (P)

(718) 504-5710 (F)

(646) 670- 6175 (C)

Pursuant to the Fair Debt Collection Practices Act you are hereby advised that portion of our practice involves the collections of debts and any information obtained may be used for that purpose

CONFIDENTIALITY NOTICE: The information contained in this communication and attached file (if any) is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return e-mail or telephone and delete the original message and any copy of it from your computer system. Further, this Firm accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from virus.

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Thursday, October 03, 2019 2:35 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** My contact information

9/9/22, 2:05 PM                                          Gmail - FW: USA v. Aronov et al. (Cr. No. 408/2019)

Case 1:19-cr-00408-MKB   Document 255-5   Filed 09/12/22   Page 3 of 3 PageID #: 1538

Please confirm receipt.

Tanisha R. Payne

Assistant United States Attorney

U.S. Attorney's Office – Eastern District of New York

271 Cadman Plaza East

Brooklyn, NY  11201

(718) 254-6358 (office)

(718) 254-7489 (fax)