**New York City Department of Finance**
**Office of the City Register**

# Search Results By Parcel Identifier

HELP
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

Borough: BROOKLYN / KINGS
Block: 1769
Lot: 44    Unit: N/A
Date Range:
Document Class: All Document Classes

Records 1 - 25 << previous  next >>   Max Rows 25    [ Search Options ] [ New BBL Search ] [ Edit Current Search ] [ View Tax Map ]
[Print Index]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/Other | More Party Names 1/2 | Corrected/ Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2019000098495 | 44 | ENTIRE LOT | 3/7/2019 | 3/27/2019 2:08:42 PM | ZONING LOT DESCRIPTION | 5 | 120 MARCUS GARVEY LLC | | | | | 0 |
| DET IMG | | 2019000098494 | 44 | ENTIRE LOT | 2/13/2019 | 3/27/2019 2:08:41 PM | CERTIFICATE | 4 | ABSOLUTE TITLE AGENCY | | | | | 0 |
| DET IMG | | 2019000030733 | 44 | ENTIRE LOT | 1/8/2019 | 1/28/2019 11:31:33 AM | SUNDRY MISCELLANEOUS | 3 | AMIDA SPECIAL OPPORTUNITY INVESTMENT LLC | | | | | 0 |
| DET IMG | | 2018000165605 | 44 | ENTIRE LOT | 4/30/2018 | 5/17/2018 1:54:53 PM | SUNDRY AGREEMENT | 2 | AMIDA SPECIAL OPPORTUNITY INVESTMENT LLC | | | | | 0 |
| DET IMG | | 2017000378195 | 44 | ENTIRE LOT | 9/19/2017 | 10/13/2017 2:01:39 PM | ASGN OF ASGN OF L&R | 4 | AMIDA FINANCIAL LLC | JEMCAP FUNDING LLC | | | | 0 |
| DET IMG | | 2017000378194 | 44 | ENTIRE LOT | 9/19/2017 | 10/13/2017 2:01:38 PM | ASSIGNMENT, MORTGAGE | 4 | AMIDA FINANCIAL LLC | JEMCAP FUNDING LLC | | | | 0 |
| DET IMG | | 2017000317136 | 44 | ENTIRE LOT | 8/22/2017 | 8/24/2017 2:55:32 PM | SUNDRY AGREEMENT | 22 | AMIDA SPECIAL OPPORTUNITY INVESTMENT, LLC | | | | | 0 |
| DET IMG | | 2017000310685 | 44 | PARTIAL LOT | 8/18/2017 | 8/21/2017 11:15:31 AM | INITIAL UCC1 | 6 | 120 MARCUS GARVEY, LLC | AMIDA SPECIAL OPPORTUNITY INVESTMENT, LLC | | ✓ | | 0 |
| DET IMG | | 2017000299634 | 44 | ENTIRE LOT | 8/8/2017 | 8/11/2017 12:13:22 PM | SUNDRY MISCELLANEOUS | 5 | 120 MARCUS GARVEY LLC | | | | | 0 |
| DET IMG | | 2015000287134 | 44 | ENTIRE LOT | 6/9/2015 | 8/18/2015 3:53:08 PM | SUNDRY MISCELLANEOUS | 7 | DAFNA, TOMER | 180 MARSTUY LLC | | | | 0 |
| DET IMG | | 2015000022799 | 44 | ENTIRE LOT | 8/25/2014 | 1/21/2015 10:00:26 AM | SATISFACTION OF MORTGAGE | 5 | RIVERA, ILEANA | U.S. BANK N.A., AS INDENTURE TRUSTEE | | ✓ | | 0 |
| DET IMG | | 2014000310160 | 44 | ENTIRE LOT | 9/8/2014 | 9/18/2014 2:04:01 PM | ASSIGNMENT OF LEASES AND RENTS | 10 | 120 MARCUS GARVEY LLC | AMIDA FINANCIAL LLC | | | | 650,000 |
| DET IMG | | 2014000310159 | 44 | ENTIRE LOT | 9/8/2014 | 9/18/2014 2:04:00 PM | MORTGAGE | 10 | 120 MARCUS GARVEY LLC | AMIDA FINANCIAL LLC | | | | 650,000 |
| DET IMG | | 2014000293402 | 44 | ENTIRE LOT | 8/4/2014 | 9/3/2014 2:39:03 PM | DEED | 5 | GARCIA, ARACELLIS | 120 MARCUS GARVEY LLC | | ✓ | | 510,000 |
| DET IMG | | 2011000436876 | 44 | ENTIRE LOT | 11/18/2011 | 12/15/2011 9:45:59 AM | ASSIGNMENT, MORTGAGE | 3 | WATERFALL VICTORIA MASTER FUND, LTD | U.S. BANK NATIONAL ASSOCIATION, AS INDENTRUE TRUST | | | | 0 |
| DET IMG | | 2011000436875 | 44 | ENTIRE LOT | 11/23/2011 | 12/15/2011 9:45:58 AM | ASSIGNMENT, MORTGAGE | 3 | GREENPOINT MORTGAGE FUNDING INC | WATERFALL VICTORIA MASTER FUND, LTD | | | | 0 |
| DET IMG | | 2004000269084 | 44 | ENTIRE LOT | 11/4/2003 | 4/30/2004 2:12:02 PM | SATISFACTION OF MORTGAGE | 3 | GARCIA, ARACELIS | CORTEZ, OSCAR JR | | | | 0 |
| DET IMG | | 2004000269083 | 44 | ENTIRE LOT | 1/6/2004 | 4/30/2004 2:12:01 PM | ASSIGNMENT OF LEASES AND RENTS | 16 | GREENPOINT MORTGAGE FUNDING, INC. | RIVERA, ILEANA | | ✓ | | 100,000 |
| DET IMG | | 2004000269082 | 44 | ENTIRE LOT | 1/6/2004 | 4/30/2004 2:12:00 PM | MORTGAGE | 33 | RIVERA, ILEANA | GREENPOINT MORTGAGE | | ✓ | | 100,000 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DET | IMG | 4907/1656 | 44 | ENTIRE LOT | 5/25/2000 | 6/29/2000 | DEED | 3 | GARCIA, ARACELLIS | GARCIA, ARACELLIS FUNDING, INC. | ✓ | 0 |
| DET | IMG | 3554/336 | 44 | ENTIRE LOT | | 7/27/1995 | SATISFACTION OF MORTGAGE | 2 | CORTEZ, OSCAR JR | SPYLIUPOLOS, MARK | | 0 |
| DET | IMG | 3547/1628 | 44 | ENTIRE LOT | | 7/18/1995 | MORTGAGE | 5 | GARCIA, ARACELIS | CORTEZ, OSCAR JR | | 120,000 |
| DET | IMG | 3547/1625 | 44 | ENTIRE LOT | 7/13/1995 | 7/18/1995 | DEED | 3 | CORTEZ, OSCAR JR | GARCIA, ARACELIS | | 0 |
| DET | IMG | 2159/772 | 44 | ENTIRE LOT | | 1/21/1988 | MORTGAGE | 4 | CORTEZ, OSCAR JR | SPYLIOPULOS, MARC | | 33,000 |
| DET | IMG | 1738/1480 | 44 | ENTIRE LOT | | 12/17/1985 | SATISFACTION OF MORTGAGE | 2 | DE JESUS, GREGORIO | FRANCONI, BASILIO | | 0 |

[ Search Options ]   [ New Parcel Identifier Search ]   [ Edit Current Search ]   [ View Tax Map ]

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use

https://a836-acris.nyc.gov/DS/DocumentSearch/BBLResult?max_rows=25                10/24/2019