

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2014081300611001003E3975

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

**Document ID: 2014081300611001**   Document Date: 08-04-2014   Preparation Date: 08-28-2014
Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| MILLENNIUM ABSTRACT, CORP. | MILLENNIUM ABSTRACT, CORP. |
| 35 NORTH TYSON AVENUE | 35 NORTH TYSON AVENUE |
| MA-26960-STE-K | MA-26960-STE-K |
| FLORAL PARK, NY 11001 | FLORAL PARK, NY 11001 |
| 516-355-0800 | 516-355-0800 |
| JISRAEL@MABSTRACT.COM | JISRAEL@MABSTRACT.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1769 | 44 | Entire Lot | 120 MARCUS GARVEY BLVD |

Property Type: 1-3 FAMILY WITH STORE / OFFICE

**CROSS REFERENCE DATA**

CRFN_____ *or* DocumentID_____ *or* _____ Year____ Reel____ Page_____ *or* File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ARACELLIS GARCIA | 120 MARCUS GARVEY LLC |
| 429 GREENWICH STREET | 914 BEDFORD AVENUE |
| READING, PA 19601 | BROOKLYN, NY 11205 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 13,387.50 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 2,040.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | RECORDED OR FILED IN THE OFFICE | | |
| MTA: | $ | 0.00 | OF THE CITY REGISTER OF THE | | |
| NYCTA: | $ | 0.00 | CITY OF NEW YORK | | |
| Additional MRT: | $ | 0.00 | Recorded/Filed          09-03-2014 14:39 | | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | | |
| Recording Fee: | $ | 52.00 | **2014000293402** | | |
| Affidavit Fee: | $ | 0.00 | | | |

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|

2014081300611001003C3BF5

**RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION)**　　　　PAGE 2 OF 5

Document ID: 2014081300611001　　　Document Date: 08-04-2014　　　Preparation Date: 08-19-2014
Document Type: DEED

## PARTIES

**GRANTOR/SELLER:**
ARACELIS GARCIA
429 GREENWICH STREET
READING, PA 19601

**GRANTOR/SELLER:**
ILEANA RIVERA
429 GREENWICH STREET
READING, PA 19601

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 4th day of August, 2014

BETWEEN

AKA Aracellis Garcia

ARACELLIS GARCIA, and ILEANA RIVERA, both residing at 429 Greenwich Street, Reading,
Pennsylvania 19601

party of the first part, and

120 MARCUS GARVEY LLC, with offices at 914 Bedford Avenue, Brooklyn, New York 11205

party of the second part,

WITNESSETH, that the party of the first part, in consideration of One ($1.00) Dollar and other good and
valuable consideration, paid by the party of the second part, does hereby grant and release unto the party of the
second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,
lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and
described as follows:

- SEE SCHEDULE A -

SAID PREMISES being known as and by the street number 120 Marcus Garvey Blvd., Brooklyn, New York.

SAID PREMISES intended to be the same as that described in deed from ARACELLIS GARCIA dated
05/25/2000, recorded 06/29/2000 in the office of the Kings County Register in Book 4907, Page 1656.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads
abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all
the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises
herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second
part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby
the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the
first part will receive the consideration for this conveyance and will hold the right to receive such consideration as
a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first
to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above
written.

IN PRESENCE OF:

# MILLENNIUM ABSTRACT CORP.

as Agent for
Stewart Title Insurance Company

Schedule A (Description)

Title Number:   MA-26960-STE-K Amended July 10, 2014

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Westerly side of Sumner Avenue, AKA Marcus Garvey Blvd. distant 83.50 feet (84 feet deed) Southerly from the corner formed by the intersection of the Southerly side of Willoughby Avenue with the Westerly side of Sumner Avenue AKA Marcus Garvey Blvd.;

THENCE Westerly parallel with Willoughby Avenue, and part of the distance through a party wall, 80 feet;

THENCE Southerly parallel with Sumner Avenue, AKA Marcus Garvey Blvd. 16 feet 6 inches;

THENCE Easterly again parallel with Willoughby Avenue and part of the distance through a party wall, 80 feet to the Westerly side of Sumner Avenue AKA Marcus Garvey Blvd.;

THENCE Northerly along the Westerly side of Sumner Avenue AKA Marcus Garvey Blvd., 16 feet 6 inches to the point or place of BEGINNING.

FOR CONVEYANCING ONLY:
TOGETHER with all the right, title and interest, if any of the party of the first part, of, in and to the any streets and roads abutting the above described premises.

Premises commonly known as 120 Marcus Garvey Boulevard Brooklyn, New York, Section  Block 1769 and Lot 44.

Amended Schedule A (Description) Created July 10, 2014 by Michael  Creighton

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Nassau , ss: | State of New York, County of , ss: |
| On the 4 day of August , in the year 2014 , before me, the undersigned, personally appeared | On the day of in the year , before me, the undersigned, personally appeared |
| ARACELLIS GARCIA and ILEANA RIVERA | |
| personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. Veronica Sarasky | personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| VERONICA SARASKY Notary Public, State of New York No. 01SA6104574 Qualified in Nassau County Commission Expires January 26, 201[ ] | |

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of , ss: | *State of , County of , ss: |
| On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in | *(Or insert District of Columbia, Territory, Possession or Foreign County) On the day of in the year , before me the undersigned personally appeared |
| (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) | Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is |
| to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said | (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which |
| execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto | the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the |
| | (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |

| | |
|---|---|
| Bargain and Sale Deed With Covenants ARACELLIS GARCIA and ILEANA RIVERA TO 120 MARCUS GARVEY LLC | SECTION: BLOCK:   1769 LOT:      44 COUNTY OR TOWN: KINGS |

| | |
|---|---|
| **DISTRIBUTED BY** The Judicial Title Insurance Agency LLC 800-281-TITLE (8485)  FAX: 800-FAX-9396 YOUR TITLE EXPERTS | RETURN BY MAIL TO: |

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2014081300611001003SF7F4

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2014081300611001**      Document Date: 08-04-2014      Preparation Date: 08-19-2014
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2014080100406

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)  Property receiving service: BOROUGH: BROOKLYN          BLOCK: 1769          LOT: 44

(2)  Property Address: 120 MARCUS GARVEY BLVD, BROOKLYN, NY 11206

(3)  Owner's Name:      120 MARCUS GARVEY LLC

Additional Name:

### Affirmation:

☑  Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A.  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B.  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: *Heeja Kwon*

Signature: *Heeja Kwon*                                          Date (mm/dd/yyyy) 08/04/2014

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

FOR CITY USE ONLY

C1. County Code |_____|   C2. Date Deed Recorded |__ Month __|__ Day __|__ Year __|

C3. Book |_____| OR   C4. Page |_____|

C5. CRFN |_____|

**PROPERTY INFORMATION**

1. Property Location | 120 | MARCUS GARVEY BLVD | BROOKLYN | 11206 |
   STREET NUMBER    STREET NAME                  BOROUGH       ZIP CODE

2. Buyer Name | 120 MARCUS GARVEY LLC |
   LAST NAME / COMPANY          FIRST NAME

   |_____|          |_____|
   LAST NAME / COMPANY          FIRST NAME

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   |_____| LAST NAME / COMPANY   |_____| FIRST NAME

   STREET NUMBER AND STREET NAME   CITY OR TOWN   STATE   ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed | 1 | # of Parcels OR |__| Part of a Parcel

   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size   |____| FRONT FEET  X  |____| DEPTH  OR  |____| ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium  |__|
   7. New Construction on Vacant Land  |__|

8. Seller Name | GARCIA | ARACELLIS |
   LAST NAME / COMPANY      FIRST NAME

   | GARCIA | ARACELIS |
   LAST NAME / COMPANY      FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

| A | ☐ One Family Residential | C | ☐ Residential Vacant Land | E | ☑ Commercial | G | ☐ Entertainment / Amusement | I | ☐ Industrial |
| B | ☐ 2 or 3 Family Residential | D | ☐ Non-Residential Vacant Land | F | ☐ Apartment | H | ☐ Community Service | J | ☐ Public Service |

**SALE INFORMATION**

10. Sale Contract Date | 3 / 26 / 2014 |
    Month   Day   Year

11. Date of Sale / Transfer | 8 / 4 / 2014 |
    Month   Day   Year

12. Full Sale Price $ | 5,1,0,0,0,0,0 |

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:

| A | ☐ Sale Between Relatives or Former Relatives |
| B | ☐ Sale Between Related Companies or Partners in Business |
| C | ☐ One of the Buyers is also a Seller |
| D | ☐ Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | ☐ Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ Sale of Business is Included in Sale Price |
| I | ☐ Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ☑ None |

**ASSESSMENT INFORMATION – Data should reflect the latest Final Assessment Roll and Tax Bill**

15. Building Class | S, 2 |   16. Total Assessed Value (of all parcels in transfer) | 1,2,6,3,9 |

17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )

| BROOKLYN 1769 44 |

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| | 8/4/14 | | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 914 BEDFORD AVENUE | | | |
| STREET NUMBER | STREET NAME (IF NEW SALE) | AREA CODE | TELEPHONE NUMBER |
| | | | SELLER |
| BROOKLYN | NY | 11205 | 8/4/14 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE    DATE |

2014080100406201

Form RP-5217 NYC                                                                ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**

| Buyer Signature | Date |
|---|---|

**SELLERS**

Seller Signature — Date 8/4/14

(Repeated Buyer Signature / Date and Seller Signature / Date blank lines)

2014080100406201

Affidavit of Compliance with Smoke Detector Requirement for One and Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
) SS.:
County of Nassau )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 120 MARCUS GARVEY BLVD | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BROOKLYN | New York, | 1769 | 44 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

*Ikeana Rivera*
Name of Grantor (Type or Print)

*120 Marcus Garvey LLC*
Name of Grantee (Type or Print)

*Ileana Rivera*
Signature of Grantor

Signature of Grantee

Sworn to before me
this 4 date of August 2014

VERONICA SARASKY
Notary Public, State of New York
No. 01SA6104674
Qualified in Nassau County
Commission Expires January 26, 2016

Sworn to before me
this 4 date of August 2014

VERONICA SARASKY
Notary Public, State of New York
No. 01SA6104674
Qualified in Nassau County
Commission Expires January 26, 2016

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.

1

2014080100406101