## CANCELING PRIOR MEMBERSHIP AGREEMENT AND RESIGNATION

The undersigned, **TOMER DAFNA**, as the Managing and single Member of **120 MARCUS GARVEY LLC.**, hereby authorizes and agrees that **ANY** prior Membership Agreement, executed in connection with the formation of **120 MARCUS GARVEY LLC.**, is hereby canceled and of no further force and effect.

I, **TOMER DAFNA**, hereby resign as Managing Member **120 MARCUS GARVEY LLC**, effective immediately.

IN WITNESS WHEREOF, Assignor has executed this Cancelation and Resignation as of ~~May~~ June 9, 2015.

_____
TOMER DAFNA

Affirmed to me this 9
Day of June, 2015

_____
Notary Public

MICHAEL A. LEHRMAN
NOTARY PUBLIC, State of New York
No. 02LE6297275
Qualified in New York County
Commission Expires Feb. 18, 2019