**Law Offices of Alan J. Waintraub PLLC**
97-17 64th Road, 3rd Floor
Rego Park, New York 11374
Phone: 718-504-5700
Fax: 718-504-5710

June 14, 2017

613 Summit Corp.
Moshe Aviv Tower (34th floor)
Jabotinski 7
Ramat-Gan, Israel
Attn: Aaron Harow

Re:   3 Spec Investors LLC

Mr. Harow,

This office represents Bernard Michael Cirota ("Cirota"), who has been given power of attorney for over 67% of the members of 3 Spec Investors LLC. Pursuant to the terms of the operating agreement of 3 Spec Investors LLC, Cirota, on behalf of the investors in 3 Spec Investors LLC hereby terminates 613 Summit Corp. as manager of 3 Spec Investors LLC effective immediately and hereby appoints Bernard Michael Cirota and Yehuda D. Povarsky as manager of 3 Spec Investors LLC. Through 613 Summit Corp's execution of this letter agreement, 613 Summit Corp. hereby consents to having 613 Summit Corp.'s management interest terminated and 613 Summit Corp. agrees that 613 Summit Corp. has no further rights with respect to 3 Spec Investors LLC in any manner whatsoever.

LAW OFFICES OF ALAN J. WAINTRAUB PLLC

By: _____
Alan J. Waintraub, Esq.

THE TERMS OF THIS LETTER AGREEMENT ARE HEREBY ACKNOWLEGED AND AGREED TO BY 613 SUMMIT CORP.

By: 613 SUMMIT CORP.

_____
By: Aaron Harow
Its: Vice President

State of New York )
) ss.:
County of QUEENS )

On the 14th day of June, 2017, before me, the undersigned, a Notary Public in and for said State, personally appeared Aaron Harow personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the person or the entity upon behalf of which the person acted executed the instrument.

*[signature]*
Notary Public

ALAN JAY WAINTRAUB
Notary Public, State of New York
No. 02WA6303423
Qualified in Rockland County
Commission Expires 05/12/18

613 SUMMIT CORP.

*[signature]*

By: Tzviki Ben-David
Its: President

State of New York )
) ss.:
County of QUEENS )

On the 14th day of June, 2017, before me, the undersigned, a Notary Public in and for said State, personally appeared Tzviki Ben-David personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the person or the entity upon behalf of which the person acted executed the instrument.

*[signature]*
Notary Public

ALAN JAY WAINTRAUB
Notary Public, State of New York
No. 02WA6303423
Qualified in Rockland County
Commission Expires 05/12/18