## RESIGNATION OF MANAGER AGREEMENT

**THIS AGREEMENT**, made this 1st day of ~~May~~ June, 2017, by and between 613 SUMMIT CORP., a New York corporation ("Summit"), and 3 SPEC INVESTORS LLC, a Delaware limited liability company, (the "LLC") (collectively, the "Parties.").

**WHEREAS**, the LLC was organized under the laws of the State of Delaware;

**NOW THEREFORE**, for and in consideration of the mutual covenants and conditions hereinafter described, the parties hereto agree as follows:

1. Summit hereby resigns as the Manager of the LLC (and any other office held in the LLC) and will not receive a buyout of any amount or consideration of any kind and does hereby swear that the above-mentioned LLC has been noticed of his resignation in writing.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first set forth above.

613 SUMMIT CORP.

By: _____
Name: Aaron Harow
Title: Authorized Signatory

3 SPEC INVESTORS LLC

By: _____
Name: Bernard Michael Cicota
Title:

[ACKNOWLEDGEMENT PAGE FOLLOWS]

STATE OF New York     :
                     : ss.:
COUNTY OF Queens      :

On the 14th day of ~~May~~ June, 2017 before me, the undersigned, personally appeared **Aaron Harrow** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted executed the instrument.

_____
Notary Public

ALAN JAY WAINTRAUB
Notary Public, State of New York
No. 02WA6303423
Qualified in Rockland County
Commission Expires 05/12/18

STATE OF New York     :
                     : ss.:
COUNTY OF Queens      :

On the 12th day of May, 2017 before me, the undersigned, personally appeared Bernard Michael Cicota, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted executed the instrument.

_____
Notary Public

JENNIFER FORTE
Notary Public, State of New York
No. 01FO6318503
Qualified in Nassau County
Commission Expires January 26, 2019

057847-001/00079759-1