## RESIGNATION OF MANAGER AGREEMENT

**THIS AGREEMENT**, made this 3rd day of May, 2018, by and between Tomer Dafna, a natural person ("Dafna"), and 180 Marstuy LLC, a New York limited liability company, (the "LLC")(collectively, the "Parties").

**WHEREAS**, the LLC was organized under the laws of the State of New York;

**NOW THEREFORE**, for and in consideration of the mutual covenants and conditions hereinafter described, the Parties hereto agree as follows:

1. Dafna hereby resigns as the Manager of the LLC (and any other office held in the LLC) and will not receive a buyout of any amount or consideration of any kind and does hereby swear that the above-mentioned LLC has been noticed of his resignation in writing.
2. The LLC hereby consents to accept the resignation of Danfa.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the date first set forth above.

180 MARSTUY LLC

_____
By: Yehuda D. Povarsky
Its: Managing Member

_____
Tomer Dafna

**[ACKNOWLEDGEMENT PAGE FOLLOWS]**

State of New York    )
                     ) ss.:
County of            )

On the 3rd day of May, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared Tomer Dafna personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the person or the entity upon behalf of which the person acted executed the instrument.

LOUISA E. CARLINO
Notary Public, State of New York
No. 01CA6200733
Qualified in Nassau County
Commission Expires February 9, 2021

_____
Notary Public

State of New York    )
                     ) ss.:
County of Queens     )

On the 3rd day of May, 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared Yehuda D. Povarsky personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the person or the entity upon behalf of which the person acted executed the instrument.

_____
Notary Public

JENNIFER FORTE
Notary Public-State of New York
No. 01FO6318503
Qualified in Suffolk County
Commission Expires January 26, 2019