Assignment of Membership Interest

For Ten and 00/100 Dollars and other good valuable consideration, EHNY LLC, a New York limited liability company ("Assignor"), herewith sells, assigns, transfers and conveys to 3 Spec Investors LLC ("Assignee") all of its right, title and interest in and to the limited liability company membership interest of 180 Marstuy LLC, a New York limited liability company (the "Company"), equal to a ten percent (10%) membership interest in the Company, which shall include, without limitation, all of the Assignor's capital and profits interest in the Company, Assignor's capital account balance in the Company, Assignor's loan repayments, distributions and liquidation rights in the Company and Assignor's voting, management and approval rights and powers in the Company. Assignor hereby assigns to Assignee all of Assignor's interest in the Company.

This Assignment of Membership Interest in the Company is made, delivered and shall be effective on the date hereof.

*IN WITNESS WHEREOF,* Assignor has executed this Assignment this 3rd day of May, 2018

**EHNY LLC**

By: Tomer Dafna
**Its: Managing Member**

STATE OF NEW YORK  )
                   ss.:
COUNTY OF QUEENS   )

On this 3rd day of May, in the year 2018, before me, the undersigned, personally appeared Tomer Dafna, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned.

Notary Public

LOUISA E. CARLINO
Notary Public, State of New York
No. 01CA6200733
Qualified in Nassau County
Commission Expires February 9, 2021