9/9/22, 2:06 PM                                                     Gmail - FW: USA v. Aronov et. al. (Cr. No. 408/2019)

Case 1:19-cr-00408-MKB   Document 255-25   Filed 09/12/22   Page 1 of 4 PageID #: 1660

  Gmail                                                    Alan Waintraub <awaintraub@gmail.com>

## FW: USA v. Aronov et. al. (Cr. No. 408/2019)

**Alan Waintraub** <awaintraub@waintraublaw.com>                         Fri, Sep 9, 2022 at 2:05 PM
To: "awaintraub@gmail.com" <awaintraub@gmail.com>

---

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Monday, December 16, 2019 12:57 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Cc:** Jennifer Forte <jforte@waintraublaw.com>
**Subject:** RE: USA v. Aronov et. al. (Cr. No. 408/2019)

Hello Mr. Waintraub,

Yes, I did review the letter and have forwarded it to the case agents. I was out of the office for most of last week. Thank you for providing this additional information.

If anything changes from what we previously discussed, I will let you know.

---

**From:** Alan Waintraub <awaintraub@waintraublaw.com>
**Sent:** Monday, December 16, 2019 12:37 PM
**To:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
**Cc:** Jennifer Forte <JForte@waintraublaw.com>
**Subject:** RE: USA v. Aronov et. al. (Cr. No. 408/2019)

Ms. Payne,

Please advise whether you have had the opportunity to review the letter that I mailed/emailed you a few weeks ago.

Regards,

Alan

9/9/22, 2:06 PM  Gmail - FW: USA v. Aronov et. al. (Cr. No. 408/2019)

Case 1:19-cr-00408-MKB   Document 255-25   Filed 09/12/22   Page 2 of 4 PageID #: 1661

Alan J. Waintraub, Esq.

Law Offices of Alan J. Waintraub PLLC

125-10 Queens Blvd., Suite 311

Kew Gardens, New York 11415

(718) 504-5700 x315 (P)

(718) 504-5710 (F)

(646) 670- 6175 (C)

**Pursuant to the Fair Debt Collection Practices Act you are hereby advised that portion of our practice involves the collections of debts and any information obtained may be used for that purpose**

**CONFIDENTIALITY NOTICE: The information contained in this communication and attached file (if any) is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return e-mail or telephone and delete the original message and any copy of it from your computer system. Further, this Firm accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from virus.**

**From:** Alan Waintraub
**Sent:** Thursday, December 05, 2019 4:40 PM
**To:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Cc:** Jennifer Forte <jforte@waintraublaw.com>
**Subject:** RE: USA v. Aronov et. al. (Cr. No. 408/2019)

Ms. Payne,

Pursuant to our phone conversation from a last week, please find the annexed response to demonstrate that consideration was paid for the purchase of 120 Marcus Garvey LLC from Tomer Dafna.

Please review and call me to discuss.

Regards,

Alan

9/9/22, 2:06 PM    Gmail - FW: USA v. Aronov et. al. (Cr. No. 408/2019)

Case 1:19-cr-00408-MKB    Document 255-25    Filed 09/12/22    Page 3 of 4 PageID #: 1662

Alan J. Waintraub, Esq.

Law Offices of Alan J. Waintraub PLLC

125-10 Queens Blvd., Suite 311

Kew Gardens, New York 11415

(718) 504-5700 x315 (P)

(718) 504-5710 (F)

(646) 670- 6175 (C)

Pursuant to the Fair Debt Collection Practices Act you are hereby advised that portion of our practice involves the collections of debts and any information obtained may be used for that purpose

CONFIDENTIALITY NOTICE: The information contained in this communication and attached file (if any) is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return e-mail or telephone and delete the original message and any copy of it from your computer system. Further, this Firm accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from virus.

---

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Thursday, November 14, 2019 5:13 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** Re: USA v. Aronov et. al. (Cr. No. 408/2019)

Good afternoon, I am out of the office until Monday. May I call you back then?

On Nov 14, 2019, at 3:58 PM, Alan Waintraub <awaintraub@waintraublaw.com> wrote:

> Ms. Payne,
>
> Did you receive an update from your agents?
>
> Regards,
>
> Alan

**From:** Alan Waintraub
**Sent:** Monday, November 11, 2019 7:53 PM
**To:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>; Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** Re: USA v. Aronov et. al. (Cr. No. 408/2019)

Thank you.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "Payne, Tanisha (USANYE)" <Tanisha.Payne@usdoj.gov>

Date: 11/11/19 7:51 PM (GMT-05:00)

To: Alan Waintraub <awaintraub@waintraublaw.com>

Subject: Re: USA v. Aronov et. al. (Cr. No. 408/2019)

Hello, I will follow up with my agents and let you know. We are closed today due to the federal holiday.

On Nov 11, 2019, at 12:55 PM, Alan Waintraub <awaintraub@waintraublaw.com> wrote:

> Ms. Payne,
>
> Please advise whether you have had a chance to review the submission and have time to discuss your findings.
>
> [Quoted text hidden]