| Name | Equity in Account | Verbal Commitment | Possible Amount | Status |
|---|---|---|---|---|
| Friends provident(Jonathan and C | $50,000 | | | Funds received $50,000, 13.04.15 |
| Yehuda Zaks | $25,000 | | | Funds received $10,000, 30.03.15 , $15,000 from cisco owes R.F |
| Bobby & Linda Brown | $50,000 | | | Check received 17.04.15 , $50,000 |
| Egon Schoemann | $50,000 | | | Funds received $50,000, 02.04.15 |
| Steven Heller | $50,000 | | | Funds received $50,000, 01.04.15 |
| Morton(Daniel ) Posner | $49,980 | | | |
| 613 Summit Corp | $10,000 | | | |
| Henry Gan Or | $50,000 | | | $35,000 received 07.04.15,13.04.15 $15,000 received |
| AXENTIA NOMINEES LTD (Phyllis V | $50,000 | | | Funds received $50,000, 13.04.15 |
| Dr. Keenan Joseph | $51,071 | | | Funds received 20.04.15 , $39,441.38,$11,630.05 received 12.06.15 |
| Reuben and Annette Freema | $50,000 | | | check received 20.04.15 $50,000 |
| Friends provident(Treistman) | $65,000 | | | funds received 21.04.15, $65,000 |
| Michael Ben Or | $50,000 | | | Check received 27.04.15 $50,000 |
| Anita Ehrlich Buchbinder. | $50,000 | | | Check received 27.04.15 $50,000 |
| Shachar Rafael | $10,000 | | | funds received 22.04.15 $10,000 |
| Avraham Black | $4,970 | | | funds received 20.04.15 $4,970 |
| Aaron & Ronda Israel | $25,000 | | | check received waiting for confirmation to deposit from Yitzchack Hutner, check deposited 04.05.15 |
| Zwi Bregman | $50,000 | | | funds received 29.04.15 , $50,000 |
| Tamar& Stefan Jablonka | $29,968 | | | funds received 05.05.15 $29,968 |
| Sushil Bathija | $75,000 | | | funds received 19.06.15 $75,000 |
| Galina Rogova | $75,000 | | | funds received 19.06.15 $75,000 |
| Bank CBH Geneva | $199,985 | | | Funds received 11.05.15 $199,985 |
| Shaun Wolpe | $49,970 | | | Funds received 12.05.15 $49,970 |
| Jennifer Balick | $50,000 | | | Check sent 18.05 only deposit after confirmation from Howard , Check deposited 27.05.15 , $50,000 |
| ARNROD ASSETS INC | $100,000 | | | Funds received 28.06.15 - $100,000 |
| Jacqueline Ehrentreu | $25,489 | | | funds received 12.06.15 - $1,488.50, funds received $24,000.69, total investment $25,000 $489 needs to |
| Hezkiyahu Lobenberg | $25,000 | | | Howard's client checks received 08.06.15 $25,000.83 |
| Barry & Judith Ernstoff | $40,000 | | | Howard's client checks received 01.06.15, $40,000 |
| Cecil Wolpe | $200,000 | | | funds received 10.07 ,$200,000 |
| Total: | $1,611,433 | $0 | $0 | |
| Required Stage 1 | $1,610,000 | | | |
| Difference | $1,433 | | | |