

Alan Waintraub <awaintraub@gmail.com>

## FW: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

**Alan Waintraub** <awaintraub@waintraublaw.com>   Tue, Sep 20, 2022 at 11:25 AM
To: "awaintraub@gmail.com" <awaintraub@gmail.com>

**From:** Alan Waintraub
**Sent:** Wednesday, May 04, 2022 1:13 PM
**To:** Tanisha.Payne@usdoj.gov
**Subject:** 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Ms. Payne,

As we discussed, on or about August 29, 2018, Albany Avenue Partners LLC commenced a foreclosure action in Supreme Court, Kings County to foreclose a defaulted mortgage secured by 769 MacDonough Street, Brooklyn, New York. A notice of pendency was filed against the property on August 29, 2018. (The complaint and LP are annexed.)

The plaintiff obtained a judgment of foreclosure and sale on September 2, 2021 and conducted a foreclosure auction of the subject premises on March 24, 2022. In the context of obtaining title insurance on the referee's deed to the subject property, the lien filed by the DOJ in USA v. Aronov et. al. (Cr. No. 408/2019) with a notice of pendency filed 08/26/2020 was located.

At the foreclosure auction, the property was sold for the sums due and owing to the mortgagee on the mortgage and there were no surplus funds obtained from the sale of the property at the auction. (The property went back to the bank for $1,000.)

I wanted to know if the DOJ would agree to release the notice of pendency as against this property as the foreclosure action and auction have completed themselves and there is no equity to the owner of the property, that being 769 M LLC. Furthermore, Avraham Tarshish only had a 25% interest in the owner LLC as set forth in the annexed operating agreement, with the other 75% being owned by Scott Kushnick, the sole guarantor on the loan.

Please feel free to contact me with any questions.

Regards,

Alan

Alan J. Waintraub, Esq.

Law Offices of Alan J. Waintraub PLLC

125-10 Queens Blvd., Suite 311

Kew Gardens, New York 11415

(718) 504-5700 x315 (P)

(718) 504-5710 (F)

(646) 670- 6175 (C)

Pursuant to the Fair Debt Collection Practices Act you are hereby advised that portion of our practice involves the collections of debts and any information obtained may be used for that purpose

CONFIDENTIALITY NOTICE: The information contained in this communication and attached file (if any) is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return e-mail or telephone and delete the original message and any copy of it from your computer system. Further, this Firm accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from virus.

**4 attachments**

- **S&C.pdf** 1070K
- **NOE JFS EX.pdf** 5669K
- **LP.pdf** 472K
- **Exhibit M - Operating Agreement.pdf** 632K