Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------X
ALBANY AVENUE PARTNERS LLC,                           INDEX NO.
                                                      Notice of Pendency
                    Plaintiff,                        of Action

        -against-

769 M LLC, CRIMINAL COURT OF THE CITY OF NEW
YORK, NEW YORK CITY ENVIRONMENTAL CONTROL
BOARD, DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT, JOSEPH FREUND, 299 VAN
BUREN INVESTORS LLC,

"JOHN DOE #1" through "JOHN DOE #12," the last twelve
names being fictitious and unknown to plaintiff, the persons
or parties intended being the tenants, occupants, persons or
corporations, if any, having or claiming an interest in or lien
upon the premises, described in the complaint,

                    Defendants.
------------------------------------------------------X

NOTICE IS HEREBY GIVEN, that an action has been commenced and is pending in this

Court upon a complaint of the above named plaintiff against the above named defendants for the

foreclosure of a certain Mortgage and executed by 769 M LLC to Genesis Capital Master Fund II,

LLC to secure payment of the sum of $720,000.00, plus interest as forth therein.

The Mortgage, dated May 26, 2016, was recorded in the Office of the Kings County

Register on the 30th day of June, 2016 in CRFN: 2016000222783;

Said mortgage having been assigned by assignment of mortgage as follows:

Assignor:   GENESIS CAPITAL MASTER FUND II, LLC
Assignee:   GOLDMAN SACHS BANK USA
Dated:      November 30, 2017   Recorded: January 16, 2018
CRFN:       2018000017051

And further assigned as follows:

  Assignor: GOLDMAN SACHS BANK USA
  Assignee: ALBANY AVENUE PARTNERS LLC
  Dated:  July 30, 2018

Said assignment of mortgage is intended to be recorded in the office of the Kings County Register simultaneously.

AND NOTICE IS FURTHER GIVEN, that the mortgaged premises affected by the said foreclosure action, were, at the time of the commencement of said action, and at the time of the filing of this notice bounded and described as follows:

See Schedule A – "Legal Description" annexed hereto and made a part hereof. Said premises being known as Block 1498; Lot 54; and by street number 769 MacDonough Street, Brooklyn, New York 11233.

TOGETHER with all fixtures and articles of personal property now or hereafter attached to, or used in connection with mortgaged premises, all as is more fully set forth in said mortgage.

The Office of the Kings County Register is directed to index this notice to the names of all the above defendants, except the defendants "JOHN DOE #1" to "JOHN DOE #12", inclusive.

Dated: August 29, 2018
  Rego Park, New York

            LAW OFFICES OF ALAN J. WAINTRAUB PLLC
            Attorney for Plaintiff

            BY: *Alan W.* (signature)
            Alan J. Waintraub, Esq.
            97-17 64th Road, 3rd Floor
            Rego Park, NY 11374
            (718) 504-5700

Title No.: MTANY-130889

## SCHEDULE A

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of MacDonough Street, distant 200 feet westerly from the corner formed by the intersection of the northerly side of MacDonough Street and the westerly side of Hopkinson Avenue;

RUNNING THENCE northerly parallel with Hopkinson Avenue and part of the distance through a party wall 100 feet;

THENCE westerly parallel with MacDonough Street 17 feet 6 inches;

THENCE southerly parallel with Hopkinson Avenue 100 feet to the northerly side of MacDonough Street; and

THENCE easterly along the northerly side of MacDonough Street 17 feet 6 inches to the point or place of BEGINNING.

NOTE: Being Block(s) 1498, Lot(s) 54, Tax Map of the Borough of Brooklyn, County of Kings.

NOTE: Lot and Block shown for informational purposes only.

Issued by:
Madison Title Agency, LLC
1125 Ocean Avenue, Lakewood, NJ 08701
Telephone: 732-905-9400  Fax: 732-905-9420

130889/12