Gmail

Alan Waintraub <awaintraub@gmail.com>

## FW: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

**Alan Waintraub** <awaintraub@waintraublaw.com>  Tue, Sep 20, 2022 at 11:26 AM
To: "awaintraub@gmail.com" <awaintraub@gmail.com>

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Thursday, May 19, 2022 12:13 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** RE: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Hello Mr. Waintraub,

Would you be able to provide details regarding the recent purchase of the property (deed, contract, summary of closing costs).

Thank you.

Tanisha R. Payne

Assistant United States Attorney

United States Attorney's Office – Eastern District of New York

271-A Cadman Plaza East

Brooklyn, New York  11201

(718) 254-6358 (office)

**From:** Alan Waintraub <awaintraub@waintraublaw.com>
**Sent:** Monday, May 16, 2022 2:26 PM
**To:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
**Subject:** [EXTERNAL] RE: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Ms. Payne,

Case 1:19-cr-00408-MKB   Document 258-10   Filed 09/20/22   Page 2 of 3 PageID #: 1887

Can you please tell me when you expect to hear back from your agency partners?

Regards,

Alan

Alan J. Waintraub, Esq.

Law Offices of Alan J. Waintraub PLLC

125-10 Queens Blvd., Suite 311

Kew Gardens, New York 11415

(718) 504-5700 x315 (P)

(718) 504-5710 (F)

(646) 670- 6175 (C)

Pursuant to the Fair Debt Collection Practices Act you are hereby advised that portion of our practice involves the collections of debts and any information obtained may be used for that purpose

CONFIDENTIALITY NOTICE: The information contained in this communication and attached file (if any) is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return e-mail or telephone and delete the original message and any copy of it from your computer system. Further, this Firm accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from virus.

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Wednesday, May 11, 2022 12:30 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** RE: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Hello Mr. Waintraub, yes I did receive your email. I will be able to follow up with you soon after conferring with my agency partners. Thank you.

**From:** Alan Waintraub <awaintraub@waintraublaw.com>
**Sent:** Monday, May 9, 2022 2:15 PM
**To:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
**Subject:** [EXTERNAL] RE: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Ms. Payne,

Please confirm that you received my email and advise whether you are willing to terminate the notice of pendency as against this property.

[Quoted text hidden]