Gmail

Alan Waintraub <awaintraub@gmail.com>

## FW: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

**Alan Waintraub** <awaintraub@waintraublaw.com>  Tue, Sep 20, 2022 at 11:57 AM
To: "awaintraub@gmail.com" <awaintraub@gmail.com>

**From:** Payne, Tanisha (USANYE) [mailto:Tanisha.Payne@usdoj.gov]
**Sent:** Monday, June 13, 2022 10:32 PM
**To:** Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** RE: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Hello Mr. Waintraub, we are not prepared to lift the lien at this time. We are in the processing of assessing all of the property subject to forfeiture in this case and I am not in a position to know at this point whether this asset can be removed from the case. My team is actively working on a disposition in the case and I can keep you updated. Thank you.

Tanisha R. Payne

Assistant United States Attorney

United States Attorney's Office – Eastern District of New York

271-A Cadman Plaza East

Brooklyn, New York  11201

(718) 254-6358 (office)

**From:** Alan Waintraub <awaintraub@waintraublaw.com>
**Sent:** Monday, June 13, 2022 7:09 PM
**To:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>; Alan Waintraub <awaintraub@waintraublaw.com>
**Subject:** [EXTERNAL] RE: 769 MacDonough Street, Brooklyn, NY (Albany Avenue Partners LLC v. 769 M LLC)

Ms. Payne,

Any update on this request?

Regards,

Alan

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "Payne, Tanisha (USANYE)" <Tanisha.Payne@usdoj.gov>

Date: 5/19/22 12:13 PM (GMT-05:00)

[Quoted text hidden]