Exhibit J

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  2016062102256004002EC7AA |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE        PAGE 1 OF 4

**Document ID:** 2016062102256004  **Document Date:** 05-25-2016  **Preparation Date:** 06-29-2016
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| BARRISTERS TITLE AGENCY, LLC<br>2275 COLEMAN STREET, UNIT 1A<br>BTA-3004<br>BROOKLYN, NY 11234<br>718-676-5222<br>MIKE@BARRISTERSNY.COM | BARRISTERS TITLE AGENCY, LLC<br>2275 COLEMAN STREET, UNIT 1A<br>BTA-3004<br>BROOKLYN, NY 11234<br>718-676-5222<br>MIKE@BARRISTERSNY.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1498 | 54 | Entire Lot | 769 MACDONOUGH STREET |

**Property Type:** DWELLING ONLY - 4 FAMILY

### CROSS REFERENCE DATA
**Document ID:** 2016062102256002

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| LUIS VILLAFANE<br>769 MACDONOUGH STREET<br>BROOKLYN, NY 11233 | 769 M LLC<br>PO BOX 50264<br>BROOKLYN, NY 11205 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 5,700.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 1,600.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed      06-30-2016 16:29
City Register File No.(CRFN):
                    2016000222782

*City Register Official Signature*

BARGAIN AND SALE DEED, WITH COVENANT AGAINST GRANTOR'S ACTS-INDIVIDUAL OR CORPORATION.
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT--THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made this 25th day of May, 2016 BETWEEN

LUIS VILLAFANE
With an address at 769 Macdonough Street, Brooklyn, New York 11233
party of the first part, and

769 M LLC
with an address at PO Box 50264, Brooklyn, New York 11205
party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars ($10.00) and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Bronx, known as **769 MACDONOUGH STREET, BROOKLYN, NEW YORK 11233, Block: 01498 Lot: 0054**

### SEE ATTACHED DESCRIPTION

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

*Power of Attorney being simultaneously recorded herewith...*

## BARRISTERS TITLE AGENCY, LLC
as Agent for
Old Republic National Title Insurance Company

### SCHEDULE A (Description)

Title Number: BTA-3139

All that certain plot, piece or parcel of land, situate, lying and being in the Second Ward, Borough of Queens, County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Stafford Avenue, now known as 69th Avenue, distant 127 feet southerly from the corner formed by the intersection of the westerly side of 69th Avenue and the southerly side of Juno Street;

RUNNING THENCE westerly at right angles to the westerly side of 69th Avenue and part of the distance through a party wall, 100 feet ;

THENCE southerly parallel with the westerly side of 69th Avenue, 18 feet;

THENCE easterly again at right angles to the westerly side of 69th Avenue and part of the distance through a party wall, 100 feet to the westerly side of 69th Avenue; and

THENCE northerly along the westerly side of 69th Avenue, 18 feet to the point or place of BEGINNING.

Being the same premises as conveyed in Liber/Reel: 994 Page: 276.

FOR INFORMATION ONLY:
Said Premises being known as 93-07 69th Avenue Queens NY and Section: 17 Block: 3197 Lot: 139

Schedule A Page 1 of 1

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

In presence of:

*[Signature]*    *[Signature]*
LUIS VILLAFANE    Angela Villafane
                       Agent

STATE OF (NEW YORK)
COUNTY OF ( _Kings_ ) ss.:

On the _15th_ day of _May_ in the year 2016 before me, undersigned, personally appeared LUIS VILLAFANE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and _Angela Villafane_ acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[Signature]*
NOTARY PUBLIC

NOTARY SEAL:

KELLY OBRIEN
Notary Public, State of New York
Reg. No. 01OB6211041
Qualified in Kings County
Commission Expires 09/08/20_17_

SECTION:

BLOCK:     01498

LOT:     0054

CITY OR TOWN:    NEW YORK

COUNTY:    KINGS

RETURN BY MAIL TO:

**BARGAIN AND SALE DEED**
**With Covenant Against Grantor's Acts**

Title No.

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| | 2016062102256004002S092B |

## SUPPORTING DOCUMENT COVER PAGE

**PAGE 1 OF 1**

**Document ID:** 2016062102256004  
**Document Type:** DEED  
**Document Date:** 05-25-2016  
**Preparation Date:** 06-29-2016

**ASSOCIATED TAX FORM ID:** 2016062200263

### SUPPORTING DOCUMENTS SUBMITTED:

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) Property receiving service: BOROUGH: BROOKLYN     BLOCK: 1498     LOT: 54

(2) Property Address: 769 MACDONOUGH STREET, BROOKLYN, NY 11233

(3) Owner's Name:     769 M LLC

   Additional Name:

### Affirmation:

[✓] Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

CS-7CRF-ACRIS REV. 8/08

2

2016062200263101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

www.nyc.gov/dep

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) Property receiving service: BOROUGH: **BROOKLYN**    BLOCK: **1498**    LOT: **54**

(2) Property Address: **769 MACDONOUGH ST, BROOKLYN, NY 11233**

(3) Owner's Name: **769 M LLC**

Additional Name:

### Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, at the property address or to an alternate mailing address. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:
Signature: _____ Date (mm/dd/yyyy)
Name and Title of Person Signing for Owner, if applicable:

By: Scott Kushnick, sole member

769 M LLC

BCS-7CRF-ACRIS REV. 8/08

2

2016052500221101

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

**FOR CITY USE ONLY**
C1. County Code
C2. Date Deed Recorded — Month / Day / Year
C3. Book
C4. Page
OR
C5. CRFN

**PROPERTY INFORMATION**

1. Property Location: 769 MACDONOUGH STREET | BROOKLYN | 11233
   (STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

2. Buyer Name: 769 M LLC
   (LAST NAME / COMPANY — FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ___ FRONT FEET X ___ DEPTH OR ___ ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. Seller Name: VILLAFANE | LUIS
   (LAST NAME / COMPANY — FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:
   A ☐ One Family Residential
   B ☐ 2 or 3 Family Residential
   C ☐ Residential Vacant Land
   D ☐ Non-Residential Vacant Land
   E ☐ Commercial
   F ☑ Apartment
   G ☐ Entertainment / Amusement
   H ☐ Community Service
   I ☐ Industrial
   J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 5 / 15 / 2015

11. Date of Sale / Transfer: 5 / 25 / 2016

12. Full Sale Price: $ 400,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
    A ☐ Sale Between Relatives or Former Relatives
    B ☐ Sale Between Related Companies or Partners in Business
    C ☐ One of the Buyers is also a Seller
    D ☐ Buyer or Seller is Government Agency or Lending Institution
    E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
    F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    H ☐ Sale of Business is Included in Sale Price
    I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    J ☑ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: C 3
16. Total Assessed Value (of all parcels in transfer): 35,716

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))
    BROOKLYN 1498 54



| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| BUYER SIGNATURE PO BOX 50264 | | DATE | LAST NAME | FIRST NAME |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| | BROOKLYN | | SELLER | |
| CITY OR TOWN | NY STATE | 11205 ZIP CODE | SELLER SIGNATURE | DATE |

2016062200263201

**REAL PROPERTY TRANSFER REPORT**
**STATE OF NEW YORK**
**STATE BOARD OF REAL PROPERTY SERVICES**
**RP - 5217NYC**

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded (Month / Day / Year)
- C3. Book OR
- C4. Page
- C5. CRFN

**PROPERTY INFORMATION**

1. Property Location: 769 MACDONOUGH ST, BROOKLYN, 11233
2. Buyer Name: 769 M LLC
3. Tax Billing Address: (Indicate where future Tax Bills are to be sent if other than buyer address)
4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. Deed Property Size: FRONT FEET x DEPTH OR ACRES
6. Ownership Type is Condominium
7. New Construction on Vacant Land
8. Seller Name: VILLAFANE, LUIS

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A. One Family Residential
   - B. 2 or 3 Family Residential
   - C. Residential Vacant Land
   - D. Non-Residential Vacant Land
   - E. Commercial
   - F. ✔ Apartment
   - G. Entertainment / Amusement
   - H. Community Service
   - I. Industrial
   - J. Public Service

**SALE INFORMATION**

10. Sale Contract Date: 5 / 15 / 2015
11. Date of Sale / Transfer: 5 / 25 / 2016
12. Full Sale Price: $4,000,000
13. Indicate the value of personal property included in the sale:

14. Check one or more of these conditions as applicable to transfer:
    - A. Sale Between Relatives or Former Relatives
    - B. Sale Between Related Companies or Partners in Business
    - C. One of the Buyers is also a Seller
    - D. Buyer or Seller is Government Agency or Lending Institution
    - E. Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F. Sale of Fractional or Less than Fee Interest (Specify Below)
    - G. Significant Change in Property Between Taxable Status and Sale Dates
    - H. Sale of Business is Included in Sale Price
    - I. Other Unusual Factors Affecting Sale Price (Specify Below)
    - J. ✔ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: C 3
16. Total Assessed Value (of all parcels in transfer): 35,716
17. Borough, Block and Lot / Roll Identifier(s): BROOKLYN 1498 54

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

[Signature] **BUYER**    5/25/16   **BUYER'S ATTORNEY**

BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME
PO BOX 50264

STREET NUMBER   STREET NAME (AFTER SALE)   AREA CODE   TELEPHONE NUMBER

BROOKLYN   NY   11205   **SELLER**   [Signatures] Luis Villafane & Angela Villafane  5/25/16

CITY OR TOWN   STATE   ZIP CODE   SELLER SIGNATURE   DATE

By: Scott Kushnick, Sole member
769 M LLC

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                          ) SS.:
County of                )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 769 MACDONOUGH STREET | | | | Unit/Apt. |
|---|---|---|---|---|
| Street Address | | | | |
| BROOKLYN | New York, | 1498 | 54 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this _____ date of _____ 20 ___ | Sworn to before me this _____ date of _____ 20 ___ |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2016062200263101

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

## AFFIDAVIT OF COMPLIANCE WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                     ) SS.:
County of            )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

**769 MACDONOUGH ST** Street Address , Unit/Apt.

**BROOKLYN** Borough , New York, **1498** Block **54** Lot (the "Premises");

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Luis Villafane
Name of Grantor (Type or Print)
Luis Villafane by Angela Villafane
Signature of Grantor by Agent

By: Scott Kushnick, Sole member
769 M LLC
Name of Grantee (Type or Print)
Signature of Grantee

Sworn to before me this 25th date of May 20 16
KELLY OBRIEN
Notary Public, State of New York
Reg. No. 01OB6211041
Qualified in Kings County
Commission Expires 09/08/20 17

Sworn to before me this 25th date of May 20 16
KELLY OBRIEN
Notary Public, State of New York
Reg. No. 01OB6211041
Qualified in Kings County
Commission Expires 09/08/20 17

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2016052500221101