Exhibit Q

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2018011201834001001E8BC6 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 6 |
|---|---|---|
| **Document ID:** 2018011201834001 | Document Date: 11-30-2017 | Preparation Date: 01-12-2018 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 4 | | |

| **PRESENTER:**<br>SERVICELINK EAST<br>1355 CHERRINGTON PARKWAY<br>MOON TOWNSHIP, PA 15108 | **RETURN TO:**<br>SERVICELINK EAST<br>1355 CHERRINGTON PARKWAY<br>MOON TOWNSHIP, PA 15108 |
|---|---|

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1498 | 54 | Entire Lot | 769 MAC DONOUGH STREET |

Property Type: DWELLING ONLY - 4 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2016000222783
☒ Additional Cross References on Continuation Page

### PARTIES

| **ASSIGNOR/OLD LENDER:**<br>GENESIS CAPITAL<br>21650 OXNARD STREET SUITE 1700<br>WOODLAND HILLS, CA 91367 | **ASSIGNEE/NEW LENDER:**<br>GOLDMAN SACHS BANK USA<br>200 WEST STREET<br>NEW YORK, NY 10282 |
|---|---|

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 60.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed          01-16-2018 13:27
City Register File No.(CRFN):
                                2018000017051

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  2018011201834001001C8946 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 6 |
|---|---|---|
| **Document ID:** 2018011201834001 | **Document Date:** 11-30-2017 | **Preparation Date:** 01-12-2018 |
| **Document Type:** ASSIGNMENT, MORTGAGE | | |

**CROSS REFERENCE DATA**
CRFN: 2016000222784

**RECORDING REQUESTED BY:**

ServiceLink
1355 Cherrington Parkway
Coraopolis, PA 15108

**WHEN RECORDED, RETURN TO:**

U.S. Bank National Association
1133 Rankin Street, Suite 100
St. Paul, Minnesota 55116
Attention: Sorell E. Elbert

---

APN: BLOCK 1498, LOT 54             (Space Above For Recorder's Use)

---

## OMNIBUS ASSIGNMENT OF MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, AND ALL OTHER RELATED LOAN DOCUMENTS

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the undersigned, having an address at c/o Genesis Capital, Attention: Lending Department, 21650 Oxnard Street, Suite 1700, Woodland Hills, California 91367 (collectively, "Assignor") hereby grants, sells, transfers, assigns, delivers and conveys to GOLDMAN SACHS BANK USA, a New York State-chartered bank, having an address at 200 West Street, New York, New York 10282-2198, together with its successors and assigns ("Assignee"), without recourse to Assignor and without representations, warranties or covenants, express or implied, by Assignor (except as set forth in that certain Purchase Agreement dated as of August 21, 2017 by and among Broad Street Principal Investments, L.L.C., Goldman Sachs Bank USA, Genesis Capital Holdings DE, LLC, Genesis Capital Mortgage Fund II, LLC, Genesis Capital Master Fund II, LLC, Genesis Capital Master Fund III, LLC, Genesis Capital Master Fund IIIA, Genesis Capital Master Fund IV, LLC, Genesis Capital Master Fund IVA, LLC, Genesis Capital Master Fund V, LLC, Genesis Capital Master Fund VA, LLC, Genesis Capital Master Fund VI, LLC, Genesis Capital Master Fund VII, LLC, Genesis Capital Master Fund VIIA, LLC, Genesis Capital Master Fund VIII, LLC, and Genesis Capital Master Fund VIIIA, LLC), all right, title and interest of Assignor in and to (a) that certain loan (Loan No. 2015002364) in the original principal amount of 720,000 (the "Loan") made by Genesis Capital Master Fund II, LLC ("Original Lender") to 769 M, LLC ("Borrower") and (b) the promissory note, loan agreement, security instruments, assignment of leases and rents, hazardous substances indemnity agreement, guaranty(ies), fixture filing (if applicable), pledge agreement (if applicable) and each other document, agreement, certificate and instrument with respect to the Loan creating or relating to obligations of the Borrower with respect to such Loan or the collateral security for such Loan, together with all written modifications, riders, amendments, allonges, addenda, exhibits and assignments thereto (collectively, the "Loan Documents"), including without limitation, the following instrument(s) recorded in the real property records of Kings, NY as the same may have been assigned by Original Lender to Assignor or otherwise

36516498.2
#90152670v2

amended from time to time and which encumber that certain real property located at 769 MacDonough Street as more particularly described on Exhibit A attached hereto:

1.  Document:            MORTGAGE
    Date of Instrument:  05/26/16
    Date of Recording:   06/30/16
    Inst/Ref Number:     2016000222783

2.  Document:            ASSIGNMENT OF LEASES AND RENTS
    Date of Instrument:  05/26/16
    Date of Recording:   06/30/16
    Inst/Ref Number:     2016000222784

*[Remainder of page intentionally left blank]*

36516498.2
#90152670v2

IN WITNESS WHEREOF, Assignor has executed this Assignment as of the date first above written.

ASSIGNOR:

Genesis Capital Master Fund II, LLC,
Genesis Capital Master Fund III A, LLC,
Genesis Capital Master Fund IV A, LLC,
Genesis Capital Master Fund V A, LLC,
Genesis Capital Master Fund VII A, LLC,
Genesis Capital Master Fund VIII A, LLC,
each a Delaware limited liability company

By: _____
Name: _____Ronald Baldonado_____
Its: Authorized Signatory

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF LOS ANGELES )

On __11-30__, 2017, before me, _Thomas Gallagher, Notary Public_ personally appeared _Ronald Saldonado_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____                    (Seal)

THOMAS GALLAGHER
Notary Public - California
Los Angeles County
Commission # 2166833
My Comm. Expires Oct 30, 2020

36516498.2
#90152670v2

Exhibit A

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of MacDonough Street, distant 200 feet westerly from the corner formed by the intersection of the northerly side of MacDonough Street and the westerly side of Hopkinson Avenue;

RUNNING THENCE northerly parallel with Hopkinson Avenue and part of the distance through a party wall 100 feet;

THENCE westerly parallel with MacDonough Street 17 feet 6 inches;

THENCE southerly parallel with Hopkinson Avenue 100 feet to the northerly side of MacDonough Street; and

THENCE easterly along the northerly side of MacDonough Street 17 feet 6 inches to the point or place of BEGINNING.

FOR INFORMATION ONLY:
Said Premises being known as 769 MacDonough Street Brooklyn NY and Section: 06 Block: 1498 Lot: 54