Exhibit R

## ASSIGNMENT OF MORTGAGE

*Know That*

**GOLDMAN SACHS BANK USA,** a New York chartered bank with an address in care of Genesis Capital at 21650 Oxnard Street, Woodland Hills, CA 91367 ("Assignor")

in consideration of the principal sum of Seven Hundred Twenty Thousand and 00/100 ($720,000.00) Dollars, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, paid to it by

**ALBANY AVENUE PARTNERS LLC**, with an address at 7 Marcus Drive, Monsey, New York 10952 ("Assignee")

hereby assigns unto the Assignee, its successors and/or assigns as their interests may appear, all of the right, title and interest of Assignor in and to that certain:

> Mortgage dated May 26, 2016 in the original principal amount of $720,000.00 made by 769 M LLC to Genesis Capital Master Fund II, LLC, a Delaware limited liability company, a California finance lender (60DBO-35925) and recorded in the Office of the New York City Register, Kings County (the "Register's Office") on June 30, 2016 at CRFN #2016000222783 (the "Mortgage");

> which Mortgage was assigned to Assignor by Assignment of Mortgage made by Genesis Capital Master Fund II, LLC dated on or about November 30, 2017 and recorded in the Register's Office on January 16, 2018 at CRFN #2018000017051;

TOGETHER with the bond(s) or note(s) or obligation(s) described in aforesaid Mortgage, and the moneys due and to grow due thereon with interest;

TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

The word "Assignor" or "Assignee" shall be construed as if it read "Assignors" or "Assignees" whenever the sense of this instrument so requires.

This Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.

(the bottom of this page is intentionally blank)

1

IN WITNESS WHEREOF, Assignor has duly executed this Assignment as of August 2, 2018.

ASSIGNOR:

**GOLDMAN SACHS BANK USA**

by: _____

Name: _____

Title:

Scott Sawyer
Authorized Signatory

State of California        )
                                    ) ss.:
County of Los Angeles  )

On July 30 , 2018, before me, M. Joyce Sotero ,
Notary Public, personally appeared Scott Sawyer , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed same in his authorized capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

M. JOYCE SOTERO
Notary Public - California
Los Angeles County
Commission # 2168832
My Comm. Expires Oct 21, 2020

2

## ASSIGNMENT OF MORTGAGE

dated: as of August 2, 2018

from

### GOLDMAN SACHS BANK USA,
with an address in care of Genesis Capital at
21650 Oxnard Street
Woodland Hills, CA 91367
("Assignor")

to

### ALBANY AVENUE PARTNERS LLC,
with an address at
7 Marcus Drive
Monsey, New York 10952
("Assignee")

## LOCATION OF PREMISES:

| | |
|---|---|
| Street Address: | 769 MacDonough Street |
| Borough of: | Brooklyn |
| City of: | New York |
| County of: | Kings |
| State of: | New York |
| Block: | 1498 |
| Lot: | 54 |

**After recording, please return to:**

ALBANY AVENUE PARTNERS LLC
7 Marcus Drive
Monsey, New York 10952

3