# Law Offices of Alan J. Waintraub PLLC
125-10 Queens Blvd., Suite 311
Kew Gardens, New York 11415
Phone: 718-504-5700
Fax: 718-504-5710

September 20, 2022

Chief Judge Margo K. Brodie
United States District Court
Eastern District of the State of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States of America v. Iskyo Aronov et. al.
      Case No. 19-CR-408

Dear Judge Brodie:

      This firm represents the non-party movant, Albany Avenue Partners LLC, who brought a motion, by order to show cause, pursuant to CPLR § 6501 and CPLR § 6514, to cancel the lis pendens filed against the premises known as and by the street address 769 MacDonough Street, Brooklyn, New York 11233 (Block 1498 Lot 54) and for other relief as set forth therein. While I am extremely grateful that the Court made the motion returnable on September 27, 2022, that date happens to be the Jewish holiday of Rosh HaShana and I am unable to appear before the Court on that date due for religious reasons. I respectfully request that the Court reschedule the motion to September 29 or 30, or October 3, 2022 so that I can serve the rescheduled date on Plaintiff's counsel pursuant to the Order of the Court. I appreciate the Court's consideration of my request in advance.

      Sincerely,

      Law Offices of Alan J. Waintraub PLLC

      */s/ Alan W.*
      Alan J. Waintraub, Esq.