

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/JV
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 21, 2023

By Fed-Ex

Gordon Mehler, Esq.
Mehler Law Pllc
747 Third Avenue, 32nd Floor
New York, New York 10017-2803
Attorney for Michael Konstantinovskiy

Ellen Resnick, Esq.
The Law Offices of Alan S. Futerfas
565 Fifth Ave., 7th Floor
New York, NY 10017
Attorney for Tomer Dafna

Kathleen Cassidy
Morvillo Abramowitz Grand Iason &
Anello PC
565 Fifth Avenue
New York, NY 10017
Attorneys for Avraham Tarshish

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
Attorney for Michael Herskowitz

Re: United States v. Aronov et al.
Criminal Docket No. 19-408 (MKB)

Dear Defense Counsel:

Enclosed is a hard drive containing the remaining results of the government and defense search terms for the Imaged Devices obtained from 191 Patchen Avenue, Brooklyn, New York, for the period of January 2013 through December 2016.

The Imaged Devices are bates numbered as follows:

| Image(s) | Search Terms | Bates Number |
| --- | --- | --- |
| SOR0D13-HDD2, SOR0D14-HDD1 | Defense | EDNY-19CR408-00061137 |
| SOR0S1-HDD2 | Government | EDNY-19CR408-00061138 |
| SOR0S1-HDD2 | Defense | EDNY-19CR408-00061139 |

| Image(s) | Search Terms | Bates Number |
|---|---|---|
| SOR0S1-HDD3, SOR0S1-HDD4 | Government | EDNY-19CR408-00061140 |
| SOR0D13-HDD1, SOR0S1-HDD1, SOR0S1-HDD3, SOR0S1-HDD4 | Defense | EDNY-19CR408-00061141 |

    This production is being made to you in the format that we received it from the forensic examiner. You can open folders on the hard drive, which are organized as set forth above and then by search term, and review the documents on a computer.

    If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    BREON PEACE
    United States Attorney

By:   /s/_____
    Shannon C. Jones
    John Vagelatos
    Assistant U.S. Attorneys
    (718) 254-6379/6182

cc:  Clerk of the Court (MKB) (by ECF) (w/o encl.)