

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/JV
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 21, 2023

<u>By ECF and E-mail</u>

Gordon Mehler, Esq.
Mehler Law Pllc
747 Third Avenue, 32nd Floor
New York, New York 10017-2803
Attorney for Michael Konstantinovskiy

Ellen Resnick, Esq.
The Law Offices of Alan S. Futerfas
565 Fifth Ave., 7th Floor
New York, NY 10017
Attorney for Tomer Dafna

Kathleen Cassidy
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
Attorney for Avraham Tarshish

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
Attorney for Michael Herskowitz

Re:  United States v. Aronov et al.
     <u>Criminal Docket No. 19-408 (MKB)</u>

Dear Defense Counsel:

   We are sending via FedEx to Ms. Cassidy two hard drives containing a courtesy copy of a load file for the results of the defense search terms from SOR0D1 - SOR0D12, bates-stamped Patchen-Results-00000001 – Patchen-Results-02056057 (hard drive 1) and Patchen-Results-10000001 – Patchen-Results-12866589 (hard drive 2). The data and documents in this load file were previously produced via DupeCoop on March 24, 2023 in the format that we received it from the forensic examiner. There are a number of password protected documents in this production which my office was unable to process for purposes of preparing the load file. To the extent that our forensic examiner is able to make these documents accessible to us, we will produce that information separately.

   Please note that I emailed defense counsel on June 2, 2023, stating that my office had finished processing this load file and it was ready for production. At that time, due to the size of the data, I indicated that the government could either make a copy of the load file available to all defendants via DupeCoop or we could make one copy available to the defendants to share if a hard drive of the suitable size was provided to the government for

copying purposes. The defendants elected to provide a hard drive, however, the hard drive was not delivered to my office until June 14, 2023. However, copying the load file on to the hard drive defense-provided proved problematic and was taking longer than anticipated. Therefore, we are producing the load file on government provided hard drives, as well as returning the hard drive defense provided. Future productions that are too large to be produced using USAfx will be produced via DupeCoop.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/_____
Shannon C. Jones
John Vagelatos
Assistant U.S. Attorneys
(718) 254-6379/6182

cc:    Clerk of the Court (MKB) (by ECF)
        Kathleen Cassidy (via FexEx w/ 3 hard drives)