

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/JV
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 18, 2023

<u>By ECF and E-mail</u>

Gordon Mehler, Esq.
Mehler Law Pllc
747 Third Avenue, 32nd Floor
New York, New York 10017-2803
Attorney for Michael Konstantinovskiy

Ellen Resnick, Esq.
The Law Offices of Alan S. Futerfas
565 Fifth Ave., 7th Floor
New York, NY 10017
Attorney for Tomer Dafna

Kathleen Cassidy
Morvillo Abramowitz Grand Iason &
Anello PC
565 Fifth Avenue
New York, NY 10017
Attorney for Avraham Tarshish

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
Attorney for Michael Herskowitz

Re:   United States v. Aronov et al.
<u>Criminal Docket No. 19-408 (MKB)</u>

Dear Defense Counsel:

The government has available a courtesy copy of a load file for the results of the defense search terms for SOR0D13-HDD1, SOR0S1-HDD1, SOR0S1-HDD3 and SOR0S1-HDD4, bates-stamped PATCHEN-LTSC-01895304 - PATCHEN-LTSC-02495653.  The data and documents in this load file were previously produced on April 21, 2023 in the format that we received it from the forensic examiner.  This is the final load file related to the 191 Patchen data and documents.

You may obtain a copy of this load file by contacting John Palermo at DupeCoop Audio and Video Duplication Services by e-mail (dupecoop@mac.com).  Please reference <u>United States v. Aronov, et al.</u>, No. 19-CR-408 (MKB), and this Office when

requesting the materials.

      If you have any questions, please do not hesitate to contact me.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:   /s/
      Shannon C. Jones
      John Vagelatos
      Assistant U.S. Attorneys
      (718) 254-6379/6182

cc:    Clerk of the Court (MKB) (by ECF)