

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TRP                                          *271 Cadman Plaza East*
F. #2017R01691                               *Brooklyn, New York 11201*

April 20, 2026

By ECF

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Iskyo Aronov, et al.
>        Criminal Docket No. 19-408 (MKB)

Dear Chief Judge Brodie:

The government respectfully submits this status letter in the above-referenced criminal forfeiture ancillary proceeding pursuant to the Court's Order entered on April 1, 2026.

As background, the Court entered a Preliminary Order of Forfeiture against defendant Iskyo Aronov, which ordered the entry of a forfeiture money judgment and the forfeiture of all right, title and interest in thirty-two (32) real properties (the "Subject Properties"). (ECF No. 277).  On or about July 14, 2025 and July 15, 2025, respectively, petitions, pursuant to 21 U.S.C. 853(n) (the "Petitions"), were filed by: (i) Albany Avenue Partners LLC and Mac Donough Street Partners LLC (ECF No. 467); and (ii) Vasik LLC, 120 Marcus Garvey LLC and Marcus Avenue Partners LLC (ECF No. 467), claiming an interest in two of the Subject Properties, specifically 769 MacDonough Street, Brooklyn, NY 11233 and 120 Marcus Garvey Blvd., Brooklyn, NY 11206.  On August 1, 2025, on joint motion by the parties, the Court granted a stay of the Petitions to allow for settlement negotiations.

The government and claimants Albany Avenue Partners LLC and Mac Donough Street Partners LLC have reached a settlement in principle as to the real property located at 769 MacDonough Street, Brooklyn, NY 11233.  Further, the government and claimants Vasik LLC, 120 Marcus Garvey LLC and Marcus Avenue Partners LLC have reached a settlement in principle as to the real property located at 120 Marcus Garvey Blvd., Brooklyn, NY 11206.  The parties are in the process of finalizing the settlement documents and request that they be allowed to submit a joint status letter to the Court on or before May 15, 2026.

Thank you for Your Honor's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/ *Tanisha Payne*
Tanisha R. Payne
Assistant U.S. Attorney
(718) 254-6358

cc:    Alan J. Waintraub, Esq.
Counsel of Record