TRP
F. #2017R01691

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                    **STIPULATION AND ORDER**

   -against-                              19-CR-408 (MKB)

ISKYO ARONOV, *et al.*,

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, on or about September 6, 2019, the above-captioned Indictment was filed charging the defendant Iskyo Aronov ("Aronov") with: conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. § 1349, and wire fraud, in violation of 18 U.S.C. § 1343;

WHEREAS, the Indictment provided notice of the government's intent to seek forfeiture of, *inter alia,* the real property and premises located at 313 Van Buren Street, Brooklyn, New York 11221, together with all its respective buildings, appurtenances, improvements, fixtures, attachments, easements and furnishings (the "Subject Property"), pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 982(b)(1), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c);

WHEREAS, on or about July 9, 2022, Aronov entered a plea of guilty to the offenses charged in Counts One and Two of the Indictment, charging conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. § 1349;

WHEREAS, or about February 10. 2023, this Court entered a Preliminary Order of Forfeiture against Aronov, on consent, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in *inter alia*, the Subject Property is forfeitable to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 982(b)(1), and 28 U.S.C. § 2461(c), as any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1349, and/or substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), (ECF No. 277);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 29, 2025, through and including June 27, 2025 (ECF No. 476);

WHEREAS, on or about July 10, 2025, the City of New York, by and through its counsel, Corporation Counsel of the City of New York, by Joy T. Anakhu, Esq., filed a petition pursuant to 21 U.S.C. § 853(n) asserting an interest in several properties, including the Subject Property (the "City of NY Petition") (ECF No. 466);

WHEREAS, the City of NY Petition identified various city interests against the Subject Property, including but not limited to outstanding taxes, outstanding water/sewer charges, outstanding judgments, and outstanding/open violations;

WHEREAS, apart from the City of New York, no other third party has filed with the Court any petition or claim in connection with the Subject Property, and the time to do so under 21 U.S.C. § 853(n)(2) has expired;

WHEREAS, the titleholder of the Subject Property is 3V1B3 MANAGEMENT LLC;

WHEREAS, Aronov, by and through his undersigned attorney, has represented to the United States that: (a) a contract of sale was executed on or about November 13, 2025 by 3V1B3 MANAGEMENT LLC, as Seller, and 313 VBS LLC by Jonquel Jones, as Buyer, for the sale of the Subject Property; and (b) the sales price is anticipated to be approximately one million four hundred twenty-nine thousand dollars and zero cents ($1,429,000.00) (hereinafter, the "Proposed Sale"); and

WHEREAS, the United States and Aronov, by and through their undersigned counsel (collectively, "the Parties"), agree to an interlocutory private sale of the Subject Property pursuant to the terms herein, and move the Court, on consent, to authorize the Proposed Sale to avoid dissipation of the Subject Property.

NOW THEREFORE IT IS HEREBY STIPULATED, AGREED, AND ORDERED as follows:

1.    Aronov represents that he is the sole member of 3V1B3 MANAGEMENT LLC and that 3V1B3 MANAGEMENT LLC is the sole owner of the Subject Property. Aronov further represents that he is duly authorized to execute this

Stipulation and Order
United States v. Iskyo Aronov, 19-CR-408 (MKB)
Real Property Located at 313 Van Buren Street, Brooklyn, New York
Page 3

Stipulation and all other documents necessary to effectuate the sale of the Subject Property as contemplated herein.

2.     Aronov represents the following: (a) the Proposed Sale is an arms-length transaction; (b) Aronov and 3V1B3 MANAGEMENT LLC are not related to 313 VBS LLC and Jonquel Jones and have no business or personal relationship; and (c) Aronov and 3V1B3 MANAGEMENT LLC shall not directly or indirectly receive any proceeds or benefit from the Proposed Sale other than set forth in the Contract.

3.     Kevin James Keating, Esq. represents that he is duly authorized to represent Iskyo Aronov with respect to the execution of this Stipulation.

4.     The Parties agree that Aronov and 3V1B3 MANAGEMENT LLC shall be permitted to proceed with the Proposed Sale of the Subject Property in accordance with all laws and applicable regulations.

5.     The Parties agree that any amounts owed to the City of New York, including, but not limited to, judgments, real property taxes, and water and sewer charges, shall be paid from the sale proceeds prior to any distribution to the United States. In the event such amounts are not paid in full, the City of New York's interests shall remain valid, enforceable, and binding upon the Subject Property and, where applicable, the debtor.

6.     The Parties agree that all open violations, including, but not limited to, sidewalk, housing, building, environmental, orders to correct, and vacate orders (collectively, "City Violations"), shall remain valid and binding against the Subject Property until

Stipulation and Order
United States v. Iskyo Aronov, 19-CR-408 (MKB)
Real Property Located at 313 Van Buren Street, Brooklyn, New York
Page 4

cured/corrected, and that the Subject Property shall be sold, and any purchaser shall take title, subject to all such City Violations.

7.      At the closing of the Proposed Sale, which is scheduled to take place at the office of Rosemary Hayden, PLLC, 86-26 Lefferts Boulevard, Richmond Hill, New York 11418 (hereinafter, the "Attorney for Seller"), the parties agree that Aronov shall cause the sum of $1,429,000.00, less any taxes, amounts owed to the City of New York, and reasonable customary closing costs (hereinafter, the "Net Sale Proceeds"), to be remitted to U.S. Customs & Border Protection, either in the form of a certified or bank check made payable to U.S. Customs & Border Protection with criminal docket number 19-CR-408 (EDNY) noted on the face of the check, or via electronic transfer pursuant to instructions to be provided by counsel for the United States.

8.      The Parties further agree that within 48 hours of the closing of the Proposed Sale, a copy of all closing documents, including an itemized statement of all closing costs and taxes incurred and proceeds generated at the time of the closing, shall be delivered, by email and by mail to Assistant United States Attorney Tanisha Payne, United States Attorney's Office - EDNY, 271-A Cadman Plaza East, Brooklyn, New York 11201.

9.      U.S. Customs & Border Protection shall be authorized to hold the Net Sale Proceeds for forfeiture to the United States as a substitute *res* for the Subject Property, pending further order of this Court.

10.     Upon receipt and clearance of the Net Sales Proceeds by U.S. Customs & Border Protection, the United States shall release and discharge the Lis Pendens filed against the Subject Property related to the forfeiture action in this case.

11.     Based on the representations made herein and in reliance thereon, the City of New York hereby withdraws the City of NY Petition as to the Subject Property only, without prejudice as to its rights as a governmental entity or municipal corporation.

12.     In no event shall the United States be held responsible for any costs, expenses or fees associated with the Subject Property, regardless of whether it is sold.  The Parties agree that Aronov and 3V1B3 MANAGEMENT LLC shall be responsible for all expenses, costs and fees for the Subject Property, including, but not limited to, maintenance and the payment of any taxes, penalties and interest owed.

13.     Aronov and 3V1B3 MANAGEMENT LLC agree that they shall not assert and hereby waive any argument that the Net Sale Proceeds are not traceable to the Subject Property.

14.     Aronov and 3V1B3 MANAGEMENT LLC agree that they shall hold harmless, and release, remise, and forever discharge the City of New York, United States Attorney's Office for the Eastern District of New York, the U.S. Customs & Border Protection and its agencies, agents, officers, and employees, past and present, from all claims or causes of action which they ever had, now have, or hereafter may have against the City of New York, United States, its agencies, agents, officers, and employees, past and present, for

Stipulation and Order
United States v. Iskyo Aronov, 19-CR-408 (MKB)
Real Property Located at 313 Van Buren Street, Brooklyn, New York
Page 6

or on account of the restraint of the Subject Property, the Proposed Sale and the forfeiture to the United States of any proceeds traceable thereto.

15.    The Parties agree that each party shall bear its own costs and attorney's fees, and Aronov and 3V1B3 MANAGEMENT LLC agree to waive any and all rights they have, if any, to recover attorney's fees and/or interest under the Equal Access to Justice Act, the Civil Asset Forfeiture Reform Act, or any other legal or statutory bases.

16.    This Stipulation is contingent upon the closing of the Proposed Sale and the Court's so-ordering this Stipulation.

17.    The Court shall retain jurisdiction over this action to effectuate the terms of this Stipulation.

18.    This Stipulation constitutes the entire agreement between the Parties and may not be modified or amended except by written agreement executed by each of them.

Dated: Brooklyn, New York
     April 3     , 2026

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
*Counsel for the United States of America*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:   *Tanisha Payne*
     Tanisha R. Payne
     Assistant United States Attorney
     (718) 254-6358

Stipulation and Order
United States v. Iskyo Aronov, 19-CR-408 (MKB)
Real Property Located at 313 Van Buren Street, Brooklyn, New York
Page 7

Dated: _____04/03/2026_____, 2026

_Iskyo Aronov_
_____
Iskyo Aronov, Defendant
Member, 3V1B3 MANAGEMENT LLC

Dated: April 3, 2026_____, 2026

KEVIN JAMES KEATING
*Counsel for Iskyo Aronov*
666 Old Country Rd, Suite 900
Garden City, New York 11530

By:    _Kevin Keating_
_____
Kevin J. Keating

Dated: _____April 3_____, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Third-Party Petitioner City of New York*
100 Church Street
 New York, NY 10007

By:    _____
Joy T. Anakhu, Senior Counsel
(212) 356-2048

Dated: Brooklyn, New York
_____April 22_____, 2026

So Ordered:

S/MKB

_____
HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK