

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TRP
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 30, 2026

By ECF

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Iskyo Aronov, et al.
>        Criminal Docket No. 19-408 (MKB)

Dear Chief Judge Brodie:

The government respectfully submits this status letter in the above-referenced criminal forfeiture ancillary proceeding with respect to the Verified Petition ("Petition") of Wells Fargo Bank, N.A., as mortgage loan servicer for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation (the "Petitioner"), seeking an ancillary proceeding and relief, pursuant to 21 U.S.C. 853(n). (ECF No. 508).

As background, the Court entered a Preliminary Order of Forfeiture ("Preliminary Order") against defendant Iskyo Aronov, which ordered the entry of a forfeiture money judgment and the forfeiture of Aronov's right, title and interest in thirty-two (32) real properties (the "Subject Properties"). (ECF No. 277).  Petitioner claims an interest in two of the Subject Properties, specifically the real properties located at 442 Quincy Street, Brooklyn, New York 11221 and 255 Covert Street, Brooklyn, New York 11207.  On or about October 30, 2025, on joint motion by the parties, the Court granted a stay of the Petition.

Settlement negotiations have progressed in this matter, and the parties expect to resolve Petitioner's claim without further litigation.  The parties respectfully request that they be allowed to submit a status letter to the Court on or before November 1, 2026.  In the interim, the government and the defendant expect to seek authorization from the Court for an interlocutory sale of the real property pursuant to Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s  *Tanisha Payne*
Tanisha R. Payne
Assistant U.S. Attorney
(718) 254-6358

cc:   Mark E. Bini, Reed Smith LLP
Kaela Dahan, Reed Smith LLP
Counsel of Record