

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

July 6, 2026

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Aronov**
     **19-CR-408 (MKB)**

Dear Judge Brodie:

As Your Honor is aware, I represent Issac Aronov. On June 24, 2026, the Court held a sentencing proceeding for Michael Konstantinovskiy. During the proceeding, among other things, the Court heard argument from the parties concerning the Guidelines loss calculation applicable to this case. As the Court's determination of Guidelines loss inevitably would bear on the loss determinations of co-defendants Dafna and Tarshish, counsel for Mr. Dafna and Mr. Tarshish attended the proceeding and advanced arguments to Your Honor concerning the proper legal and factual methodology to be employed in this case in establishing Guidelines loss and restitution. At the conclusion of the proceeding, the Court adjourned Mr. Konstantinovskiy's sentencing and directed the parties to meet and confer and discuss the issues, noting that if agreement was not reached, a hearing on these issues would be scheduled for July 7, 2026, at 11:00 AM. Additionally, the Court invited legal briefing on the issues in advance of the hearing date. Finally, the Court noted that the appearance on July 7th would be for all four parties, which includes Aronov. It is with this purpose that I write.

At the outset, I reiterate what I have noted in each of the submissions I have filed on behalf of Aronov addressing the Guidelines loss calculation and restitution in this matter--Mr. Aronov continues to accept full responsibility for his conduct. The arguments I have advanced, and those set forth herein, simply address the proper legal methodologies to be employed in calculating Guidelines loss and restitution in this matter.

On July 4, 2026, attorneys for Mr. Konstantinovskiy, Mr. Dafna and Mr. Tarshish filed a joint submission on the issues of Guidelines loss under §2B1.1; the calculation of loss for purposes of restitution under the MVRA, and the applicability of the financial institutions enhancement under §2B1.1(b)(17)(A). I join in the arguments of counsel in their submission as it relates to the

Honorable Margo K. Brodie
July 6, 2026
Page 2

legal methodologies to be employed in assessing Guidelines loss and restitution, and the inapplicability of the financial institutions enhancement in this case. Specifically, I join in the defendants' position that, under controlling Second Circuit law, actual loss under §2B1.1 is limited to losses resulting from the offense, which means the Government bears the burden of demonstrating a causal nexus between the fraudulent conduct and the pecuniary harm. On this issue, should Your Honor determine that the defendants' conduct did cause actual loss and that the proper calculation of said loss is a contemporaneous "flip at the table" transaction, I enclose a chart which represents those table flips from GXB in which Aronov was a participant (which substantially mirrors Mr. Konstantinovskiy's flip chart) and the expenses incurred to complete the short sale.

Next, I join in defendants' argument that, as a matter of law, restitution under the MVRA is, likewise, limited to the defendants' offense conduct which directly and proximately caused the purported losses.

Further, I join in the defendants' position that application of the two-level financial institutions enhancement under §2B1.1(b)(17)(A) requires a finding that the financial institution actually *provided* ill gotten funds to the Defendants.

Finally, during the appearance of June 24, 2026, the Court inquired as to the methodology employed by the Government in establishing Mr. Aronov's forfeiture figure. I advise the Court that the Government's methodology in setting forfeiture was substantially similar to that the Government has proposed in setting restitution.

Thank you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

KJK/dg

cc:    AUSA Shannon Jones

Same Day Flips from GXB

| Address | Aronov Restitution | DOJ-MIP-000488294 Additional Expenses | Aronov Net Restitution |
|---|---|---|---|
| 103-33 177th St., Queens | $55,000.00 | $17,540.00 | $37,460.00 |
| 1036 DeKalb Ave., Brooklyn | $193,000.00 | $81,980.00 | $111,020.00 |
| 1055 Herkimer St., Brooklyn | $50,000.00 | $15,000.00 | $35,000.00 |
| 1066 Remsen Ave., Brooklyn | $120,000.00 | $57,300.00 | $62,700.00 |
| 107A Somers St., Brooklyn | $271,000.00 | $27,540.00 | $243,460.00 |
| 108 Weirfield St., Brooklyn | $324,864.86 | $33,977.00 | $290,887.86 |
| 1082 Blake Ave., Brooklyn | $135,000.00 | $0.00 | $135,000.00 |
| 1129 Hancock St., Brooklyn | $110,583.17 | $79,260.00 | $31,323.17 |
| 115 East 57th St., Brooklyn | $78,000.00 | $47,942.00 | $30,058.00 |
| 1169 Jefferson Ave., Brooklyn | $329,547.00 | N/A | N/A |
| 1219 Jefferson Ave., Brooklyn | $350,000.00 | $182,872.00 | $167,128.00 |
| 126 Moffat St., Brooklyn | $100,000.00 | $86,175.00 | $13,825.00 |
| 1319 Jefferson Ave., Brooklyn | $145,000.00 | $23,542.00 | $121,458.00 |
| 132 W. 165th St., Bronx | $25,000.00 | $16,300.00 | $8,700.00 |
| 134 East 8th St., Brooklyn | $231,500.00 | $37,150.00 | $194,350.00 |
| 1340 Teller Ave., Bronx | $61,500.00 | $27,735.00 | $33,765.00 |
| 1405 Hancock St., Brooklyn [block 3393; lot 27] | $56,667.00 | $129,331.00 | $-72,664.00 |
| 1444 Edwards Ave., Bronx | $47,000.00 | $15,603.00 | $31,397.00 |
| 1451 Gates Ave., Brooklyn | $55,000.00 | $53,537.00 | $1,463.00 |
| 1483 Bryant Ave., Bronx | $115,000.00 | $28,250.00 | $86,750.00 |
| 156 Hull St., Brooklyn | $80,000.00 | $0.00 | $80,000.00 |
| 1579 E New York Ave., Brooklyn | $275,000.00 | $74,621.00 | $200,379.00 |
| 159 Atkins Ave., Brooklyn | $135,000.00 | $41,137.00 | $93,863.00 |
| 1610 Canarsie Road, Brooklyn | $72,500.00 | $5,027.00 | $67,473.00 |
| 1626 Taylor Ave., Bronx | $95,000.00 | $0.00 | $95,000.00 |
| 163-12 15th Dr., Queens | $130,000.00 | N/A | N/A |
| 171-40 104th Ave., Queens | $100,000.00 | $34,100.00 | $65,900.00 |
| 1785 Pacific St., Brooklyn | $240,000.00 | $0.00 | $240,000.00 |
| 179 New Jersey Ave., Brooklyn | $135,000.00 | $93,550.00 | $41,450.00 |
| 1812 Wallace Ave., Bronx | $75,000.00 | $0.00 | $75,000.00 |
| 185A Quincy St., Brooklyn | $251,750.00 | $0.00 | $251,750.00 |
| 18-60 Flushing Ave., Queens | $180,000.00 | $56,852.00 | $123,148.00 |
| 188-03 Williamson Ave., Queens | $48,500.00 | $0.00 | $48,500.00 |
| 189 Cornelia St., Brooklyn | $235,000.00 | $89,600.00 | $145,400.00 |
| 2 Marginal St. W., BrooklynA89:A103 | $35,000.00 | $26,253.00 | $8,747.00 |
| 210A Hopkinson Ave., Brooklyn | $180,000.00 | $32,087.00 | $147,913.00 |
| 216 Albany Ave., Brooklyn | $225,000.00 | $0.00 | $225,000.00 |
| 217 Milford St., Brooklyn | $120,000.00 | $38,948.00 | $81,052.00 |
| 2196 Dean St., Brooklyn | $305,000.00 | $90,500.00 | $214,500.00 |
| 2204 Loretta Rd., Queens | $35,000.00 | $21,912.00 | $13,088.00 |
| 23 East 55th St., Brooklyn | $82,500.00 | $0.00 | $82,500.00 |
| 238 Autumn Ave., Brooklyn | $165,000.00 | $60,060.00 | $104,940.00 |
| 239 Buffalo Ave., Brooklyn | $60,000.00 | $46,300.00 | $13,700.00 |
| 2403 Dean St. , Brooklyn | $260,000.00 | $0.00 | $260,000.00 |
| 2717 Snyder Ave., Brooklyn | $246,747.00 | $65,092.00 | $181,655.00 |

| Address | Aronov Restitution | DOJ-MIP-000488294 Additional Expenses | Aronov Net Restitution |
|---|---|---|---|
| 288 Vermont St., Brooklyn | $150,000.00 | $37,800.00 | $112,200.00 |
| 289 Mother Gaston Blvd, Brooklyn | $186,000.00 | $0.00 | $186,000.00 |
| 293 Vermont St., Brooklyn | $171,500.00 | $92,860.00 | $78,640.00 |
| 2953 Barnes Ave., Bronx | $125,000.00 | $76,262.00 | $48,738.00 |
| 33-46 101st St., Queens | $358,750.00 | $71,608.00 | $287,142.00 |
| 33-48 101st St., Queens | $213,900.00 | $59,548.00 | $154,352.00 |
| 3429 Wickham Ave., Bronx | $95,000.00 | $0.00 | $95,000.00 |
| 37-27 99th St., Queens | $205,000.00 | $0.00 | $205,000.00 |
| 377 Barbey St., Brooklyn | $168,000.00 | $50,805.00 | $117,195.00 |
| 385 Weirfield St | $138,000.00 | $95,702.00 | $42,298.00 |
| 4 Campus Place, Brooklyn | $95,000.00 | $32,501.00 | $62,499.00 |
| 40-08 195th St., Queens | $84,500.00 | $12,887.00 | $71,613.00 |
| 402 Elton St., Brooklyn | $68,000.00 | $24,567.00 | $43,433.00 |
| 413 51st St., Brooklyn | $90,000.00 | $117,235.00 | $-27,235.00 |
| 421 Hart St., Brooklyn | $595,000.00 | $272,687.00 | $322,313.00 |
| 438 Herkimer Street, Brooklyn | $350,000.00 | $40,500.00 | $309,500.00 |
| 463 Elton St. Brooklyn | $155,000.00 | $40,650.00 | $114,350.00 |
| 47-38 98th Pl, Queens | $100,000.00 | $30,887.00 | $69,113.00 |
| 485 Bainbridge St., Brooklyn | $328,043.60 | $98,075.00 | $229,968.60 |
| 51-11 101st St., Queens | $121,500.00 | $16,090.00 | $105,410.00 |
| 52 East 55th St., Brooklyn | $85,000.00 | $18,353.00 | $66,647.00 |
| 548 Liberty Ave., Brooklyn | $70,000.00 | $33,300.00 | $36,700.00 |
| 57-26 57th Drive, Queens | $48,000.00 | $28,087.00 | $19,913.00 |
| 57-28 57th Drive, Queens | $117,500.00 | $0.00 | $117,500.00 |
| 64-38 Admiral Ave., Queens | $95,000.00 | $51,460.00 | $43,540.00 |
| 65-23 78th Ave., Queens | $75,000.00 | $25,287.00 | $49,713.00 |
| 670 Jamaica Ave., Brooklyn | $237,000.00 | $29,370.00 | $207,630.00 |
| 670 Maple St., Brooklyn | $297,000.00 | $103,417.00 | $193,583.00 |
| 673 Park Pl, Brooklyn | $341,618.00 | $17,635.00 | $323,983.00 |
| 708 Snediker Ave., Brooklyn | $124,950.00 | $45,779.00 | $79,171.00 |
| 71-37 68th St., Queens | $105,000.00 | $27,881.00 | $77,119.00 |
| 72-47 66th St., Queens | $76,000.00 | $46,900.00 | $29,100.00 |
| 74 Aberdeen St. Brooklyn | $320,500.00 | $33,400.00 | $287,100.00 |
| 761 Home St., Bronx | $105,000.00 | $17,250.00 | $87,750.00 |
| 771 Liberty Ave., Brooklyn | $121,000.00 | $19,000.00 | $102,000.00 |
| 774 Hendrix St. Brooklyn | $146,000.00 | $39,653.00 | $106,347.00 |
| 78 Aberdeen St., Brooklyn | $213,750.00 | $55,515.00 | $158,235.00 |
| 814 Swinton Ave., Bronx | $135,000.00 | $0.00 | $135,000.00 |
| 8902 Ave M, Brooklyn | $175,000.00 | $48,987.00 | $126,013.00 |
| 91 Malcolm X Blvd, Brooklyn | $265,500.00 | $62,895.00 | $202,605.00 |
| 923 E. 84th St., Brooklyn | $125,000.00 | $29,900.00 | $95,100.00 |
| 937 East 227th Street, Bronx | $100,000.00 | $20,042.00 | $79,958.00 |
| 9505 Seaview Ave., Brooklyn | $65,000.00 | $45,437.00 | $19,563.00 |
| 967 LaFayette Ave., Brooklyn | $290,391.50 | $0.00 | $290,391.50 |
| 985 Utica Ave., Brooklyn | $102,500.00 | $35,952.00 | $66,548.00 |
| **TOTAL** | **$14,255,562.13** | **$3,743,237.00** | **$10,512,325.13** |