

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

July 13, 2026

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **United States v. Aronov**
**19-CR-408 (MKB)**

Dear Judge Brodie:

As Your Honor is aware, I represent Isaac Aronov.  Mr. Aronov was originally arrested in this matter in September, 2019, and released on bail conditions which included customary travel limitations.  Aronov has lived in Florida with his wife and children throughout the pendency of this case, and his travel restrictions allow him to freely travel within the State of Florida and New York.  Your Honor recalls that Aronov testified as a Government cooperator in this case.  Finally, I note that during the seven year pendency of this matter, Aronov has been fully compliant with the terms of his release.

I write to respectfully request a temporary modification of Aronov's bail conditions.  Mr. Aronov seeks to travel from Florida to Texas with his wife and children from August 2, 2026, to August 9, 2026.  The purpose of the trip is a family vacation to visit relatives.

I have conferred with AUSA Shannon Jones, who offers her consent to this application.

Thank  you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

KJK/dg

cc:    AUSA Shannon Jones