**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TRP
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 19, 2026

By ECF
The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Iskyo Aronov, et al.
Criminal Docket No. 19-408 (MKB)

Dear Chief Judge Brodie:

The government respectfully submits this letter to provide a status regarding the Petition filed by 2626 Lewis LLC ("Petitioner") pursuant to 21 U.S.C. § 853(n) (the "Petition") (ECF No. 489), in the above-referenced criminal forfeiture ancillary proceeding.

As background, the Court entered a Preliminary Order of Forfeiture against defendant Iskyo Aronov, which ordered the entry of a forfeiture money judgment and the forfeiture of thirty-two (32) real properties (the "Subject Properties"). (ECF No. 277). Petitioner claims an interest in one of the Subject Properties, specifically the real property located at 230 Schenectady Avenue, Brooklyn, NY 11213. On or about September 17, 2025, on joint motion by the parties, the Court granted a stay of the Petition.

The parties request additional time to engage in settlement negotiations that may resolve this matter and obviate the need for further litigation. The parties respectfully request that the stay of the Petition be continued. The Parties further request that they be allowed to submit a joint status letter to the Court on or before October 19, 2026.

Thank you for Your Honor's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s *Tanisha Payne*
Tanisha R. Payne
Assistant U.S. Attorney
(718) 254-6358

cc: Thomas De Bow, Holland & Knight
Counsel of Record